


Honorable Lloyd King
United States Bankruptcy Judge

**Entered on Docket**
**December 20, 2013**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ) | Case No.: BK-S-12-13906 |
| ) | |
| HORIZON RIDGE MEDICAL & ) | Chapter 11 |
| CORPORATE CENTER, L.L.C., ) | |
| ) | Date: September 16 & 17, 2013 |
| Debtor. ) | |
| _____ ) | |

**ORDER DENYING CONFIRMATION**
**OF DEBTOR'S SECOND AMENDED**
**PLAN OF REORGANIZATION**

For the reasons set forth in the Memorandum Decision Concerning Denial Of Confirmation Of Debtor's Second Amended Plan Of Reorganization entered concurrently herewith, confirmation of Debtor's Second Amended Plan Of Reorganization [ECF No. 284] is **DENIED**.

**IT IS SO ORDERED**

Copies noticed through ECF to:

DOROTHY G. BUNCE on behalf of Interested Party Rick Abelson
    1bankruptcy@cox.net

1

TALITHA GRAY KOZLOWSKI on behalf of Debtor HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC
bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com

KIRK D. HOMEYER on behalf of Debtor HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC

BANKRUPTCYNOTICES@GORDONSILVER.COM,

BKNOTICES@GORDONSILVER.COM

TERESA M. PILATOWICZ on behalf of Debtor HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC Bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

U.S. TRUSTEE - LV - 11, 11

USTPRegion17.lv.ecf@usdoj.gov

JOHN ROBERT WEISS on behalf of Interested Party BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE jrweiss@duanemorris.com, maolins@duanemorris.com; jjohnson3@duanemorris.com

MATTHEW C. ZIRZOW on behalf of Debtor HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC mzirzow@lzlawnv.com, susan@lzlawnv.com; tiffany@lzlawnv.com; carey@lzlawnv.com; mary@lzlawnv.com

and sent to BNC to:

All parties on BNC mailing list

# # #