GORDON SILVER
GERALD M. GORDON, ESQ., NV Bar No. 229
E-mail: ggordon@gordonsilver.com
TALITHA GRAY KOZLOWSKI, ESQ., NV Bar No. 9040
E-mail: tgray@gordonsilver.com
TERESA M. PILATOWICZ, ESQ., NV Bar No. 9065
E-mail: tpilatowicz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555; Facsimile (702) 369-2666
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>HORIZON RIDGE MEDICAL & CORPORATE CENTER, L.L.C.,<br><br>    Debtor. | Case No.: BK-S-12-13906-LBR<br>Chapter 11 |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE MOTION TO AMEND OR VACATE ORDERS AND TO REOPEN EVIDENCE PURSUANT TO <u>FED. R. BANKR. P. 9023 AND 9024</u>**

Pursuant to Federal Rule of Evidence 201, Horizon Ridge Medical & Corporate Center, L.L.C. respectfully requests that this Court take judicial notice of the following documents:

1. Attached as **Exhibit "1"** are true and correct copies of excerpts of the Proceedings of Hearings Regarding Motions, Volume 1 before the United States Bankruptcy Judge, taken Tuesday, September 17, 2013, at 9:30 a.m.

2. Attached as **Exhibit "2"** is a true and correct copy of admitted trial exhibit number 9.

I declare under penalty of perjury under the laws of the United States of America and the State of Nevada that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 3rd day of January, 2014.

                                                GORDON SILVER

                                                By:  */s/ Talitha Gray Kozlowski*
                                                      GERALD M. GORDON, ESQ.
                                                      TALITHA GRAY KOZLOWSKI, ESQ.
                                                      TERESA M. PILATOWICZ, ESQ.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/2156531.doc