# EXHIBIT 1

# EXHIBIT 1

1

1      UNITED STATES BANKRUPTCY COURT

2          DISTRICT OF NEVADA

3          LAS VEGAS, NEVADA

4   In re:  HORIZON RIDGE MEDICAL    )  E-Filed:  10/08/13
    AND CORPORATE CENTER, LLC,       )
5                                    )  Case No.
              Debtor.                )  BK-S-12-13906-LBR
6   _____ )  Chapter 11

7

8

9

10

11          TRANSCRIPT OF PROCEEDINGS
                      OF
12         HEARING RE: MOTIONS
                  VOLUME 1
13              A.M. SESSION
        BEFORE THE HONORABLE LLOYD KING
14      UNITED STATES BANKRUPTCY JUDGE

15         Tuesday, September 17, 2013

16                9:30 a.m.

17              A.M. SESSION

18

19

20

21

22

23   Court Recorder:      Deborah Hemstreet

24

25   Proceedings recorded by electronic sound recording;
     transcript produced by transcription service.

2

```
1    APPEARANCES:

2    For the Debtor:        TERESA M. PILATOWICZ, ESQ.
                            TALITHA B. GRAY KOZLOWSKI, ESQ.
3                           Gordon Silver
                            3960 Howard Hughes Parkway
4                           Ninth Floor
                            Las Vegas, Nevada 89169
5
     For Bank of America,   JOHN R. WEISS, ESQ.
6    N.A.:                  Duane Morris, LLP
                            190 South LaSalle Street
7                           Suite 3700
                            Chicago, Illinois 60603
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                      I   N   D   E   X
                                                      Voir
 2     Witness          Direct   Cross   Red.    Rec.   Dire

 3     DR. RICK ABELSON
       (By Ms. Kozlowski)   10           97,113
 4     (By Mr. Weiss)            47              109

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   Q.   So your guarantee that you're personally on the hook

2   for stays irrespective of whether the plan is confirmed.

3   A.   Yes.   It's the same.

4   Q.   Okay.   And that guarantee is in favor of the secured

5   lender and protects the secured lender, correct?

6   A.   Correct.

7   Q.   How does the plan treat the Class 4 general

8   unsecured creditors?

9   A.   It's going to be paid 3,000 on the 60th day and

10  another 3,000 on the 90th, and the remaining on the

11  180th day.

12  Q.   And what is the total amount of the Class 4 claims?

13  A.   About 9,000.

14  Q.   Okay.   And why aren't they being paid on the

15  effective date?

16  A.   Because we have administrative costs that needs to

17  be paid which is around 150 to 175,000.   We're not sure

18  yet.

19       And we also have -- we want to leave a little bit of

20  cushion for operation.

21       The building needs a -- a minor TLCs that we will

22  need to take care of like striping the parking lot,

23  painting some of the hallways, and -- and basically

24  that's what it's for.

25       But we will definitely have enough funds to take

24

1       Let's talk about the property specifically.  You've

2   indicated the broker's been showing the property.

3       Have there been any new leases in the last few

4   months?

5   A.   Yes.  We have a lease for Suite 201G, and we also

6   have a new lease for five years for Suite 205, and --

7   and -- and we have also a lease that I terminated.

8       Well, it -- it was expiring on July.  It was a

9   five-year lease for Associates of Women's Health (sic),

10  Dr. Nancy Long, Suite 105.

11      She was having a hard time operating her medical

12  suite.  She's an OB/GYN, a very sweet lady, but -- but

13  she was -- as the term Mr. Weiss used -- spotty.

14      So she pays and doesn't pay.  We've worked with her

15  two different times, lowered her rates, helped her out.

16      All the payments that were past due we put them on

17  the side with a -- you know, interest free so she can

18  pay it as a note, but -- but she was always late.  She

19  was always behind two, three months.

20      So there's the time whether there's a confirmation

21  hearing or not.  This is a business decision.  I know

22  Mr. Weiss is going to jump all over this, too.

23      That because I got rid of her, I didn't want to

24  update or -- or extend her lease any more because of her

25  past history with us and because she's telling us she

25

1    doesn't have any money to pay.

2        So I decided to go ahead and terminate the lease and

3    find a tenant who will sit in that suite and pay because

4    that is -- as the broker said, it's the sweetest suite

5    because it's the prime suite as soon as you enter the

6    building.  It's on the left-hand side, first floor, and

7    it is already medical use.

8        So in August I cleaned up the space.  I spent some

9    money on it, and we're just listing it about the last

10   like ten days.

11       And we've already had three different showings.  One

12   is an opthalmopathy group.  One is a cardiologist and a

13   pediatric group already.

14       So --

15   Q.  Okay.  If you --

16   A.  So according -- according to our broker, he strongly

17   believes that he will get a lease in the next 60 days or

18   an LOI at least in the next 60 days.

19           MR. WEISS:  Objection, your Honor.

20           MS. KOZLOWSKI:  Okay.

21           MR. WEISS:  Move to strike that last piece on

22   grounds of hearsay.

23           THE COURT:  The objection is sustained.

24   BY MS. KOZLOWSKI:

25   Q.  So let's step back for --

30

1   quite a bit.

2      And in general we're -- we're -- we've been seeing a

3   very good positive flow into the building from

4   prospective tenants.

5      So we only have one empty space that just got empty,

6   and we just cleaned it up last month.  So as soon as we

7   lease that, we'll be pretty much fully leased.

8   Q.  Okay.

9   A.  That's why.

10  Q.  So there's only one remaining space to lease to --

11  A.  That is correct.

12  Q.  As of today.  Okay.

13     And can I have you turn to Exhibit 9, please.

14  A.  Where would that be?

15  Q.  Can you turn to -- I'm sorry -- Exhibit 9.

16  A.  I don't have anything in front of me, Talitha.  I'm

17  sorry.

18  Q.  Exhibit 9 in Binder 1.

19  A.  Okay.  Okay.

20  Q.  Okay.  And do you see the page that says first floor

21  plan?

22  A.  Yes.

23  Q.  Okay.  And what I'd like to do is sort of just walk

24  through so you can give me an indication of the tenancy

25  and how long they've been there.

1      Suite 100, who leases that space?

2  A.  Suite 100 and Suite 101 is Dr. Lee who has been with

3  us from 2001.

4      And he has always been a great tenant, always paid

5  on time, never been late, and he's the one who we had to

6  renew his lease two five-year terms.

7      Suite 102 is Salon Triage, and they were a subtenant

8  under Dr. Lee for many years, but now they became a

9  tenant on their own.  They -- you know, they're very

10 busy.

11 Q.  And so they've been -- and they have been a

12 tenant --

13 A.  Prior.

14 Q.  Okay.  So how long have they had a lease with

15 Horizon Ridge?

16 A.  Salon Triage, for about four or five -- five years.

17 Q.  Okay.  And Suite 103?

18 A.  Suite 103 is Madame Et Monsieur, and they -- they've

19 been with us for about six years now or seven years.

20 Q.  And Suite 104?

21 A.  Suite 104 is a chiropractor group, and it's --

22 it's -- they've been with us -- they came in new in

23 2011, and they signed a three year with a three year

24 and -- extension.

25     And they already said that they are -- they're not

32

1   going anywhere because they're getting established.

2   Q.   So you believe that they will renew again at the end

3   of their three-year lease?

4   A.   They already said that.

5   Q.   Okay.  And Suite 105 was the

6   Associates for Women's Health; is that correct?

7   A.   That is correct.

8        That was an OB/GYN suite, and it's right at the

9   entrance.  It's similar to Dr. Lee's suite but a little

10  smaller, but it's -- it's one of the best suites we have

11  right now, yeah.

12  Q.   And I --

13  A.   And that's the only one vacant.

14  Q.   And I believe you have indicated that while

15  Associates for Women's Health was there you had other

16  tenants -- or excuse me -- other interested parties in

17  leasing that space, but you weren't able to release it

18  because it was occupied?

19  A.   We've -- our broker already mentioned a couple of

20  different times that he would have had a great tenant

21  for this suite if it was vacant in the past.

22            MR. WEISS:  Objection, your Honor.  Move to

23  strike.  This is hearsay.

24            THE WITNESS:  That's what happened.

25            THE COURT:  The motion is granted.

```
 1   BY MS. KOZLOWSKI:

 2   Q.  How long has Suite 105 been listed?

 3   A.  Maybe two weeks.

 4   Q.  And have there been any interested parties?  Has

 5   anyone toured it, inspected it?

 6   A.  Yes.  Like I mentioned, there's three different

 7   parties who have already toured the suite -- a

 8   cardiology group, a pediatric group, and one was a --

 9   a -- cardiology, pediatric -- I'm sorry.  I forgot.

10   Q.  Okay.

11   A.  Sorry about that.

12   Q.  But another medical group?

13   A.  Yes.  It was all medical.  This is definitely a

14   medical suite.  Yes.

15       We -- we had to spend a little bit of money on

16   cleaning it up because the people when they left --

17   Dr. Long wanted to renew, and she was a little upset for

18   not renewing her lease, but because she wasn't paying,

19   we -- we couldn't.

20       Her moving company pretty much ripped up a lot of

21   the stuff off the walls without being nice, so --

22           THE COURT:  Excuse me, Dr. Abelson.

23       Will you please limit your answers to the question

24   that is asked.

25           THE WITNESS:  Sure.
```

34

```
 1              THE COURT:  That's why we're getting all the

 2   objections because --

 3              THE WITNESS:  Gotcha.

 4              THE COURT:  -- you're going on --

 5              THE WITNESS:  I didn't know.  Okay.

 6              THE COURT:  -- and volunteering other

 7   information.

 8              THE WITNESS:  I don't know.  Thank you.

 9      I was wondering, too.  That's why.  Thank you.

10      So the suite has been cleaned up already, yes, and

11   it's ready.

12   BY MS. KOZLOWSKI:

13   Q.  Who --

14   A.  It took some time.

15   Q.  What was the cost of those improvements?

16   A.  To clean the suite up?

17   Q.  Yes.

18   A.  It was about $8,000.

19   Q.  And who paid for those improvements -- the clean up?

20   A.  I did.

21   Q.  Okay.  And have there been any other tenant

22   improvements that you've paid for since the debtor has

23   been in bankruptcy?

24   A.  Yes.

25   Q.  And what's the total amount of those?
```

35

1    A.    About $15,000.

2    Q.    Okay.  If you'd flip to the next page, the second

3    floor of the building.

4    A.    Um-h'm.

5    Q.    Do you see that?  And who occupies suite 200?

6    A.    Dr. Paturi (phonetic).  He is a -- he came in new.

7    It was a pediatric group before him.

8         And so he came in new and signed a lease for three

9    years.

10   Q.    And --

11   A.    With an extra three years also.

12   Q.    With a three-year renewal?

13   A.    Correct.

14   Q.    And who's the tenant in Suite A?

15   A.    Dr. Silvani (phonetic).

16   Q.    And how long has Dr. Silvani been with you?

17   A.    For eight years, seven or eight years.

18   Q.    And Suite C?

19   A.    Suite C, D, and B are all the same tenant, Nathco,

20   and he has been with us since the beginning of the

21   building, 13 years.

22   Q.    And Suite F.

23   A.    Suite F is Key Search, and they've been with us for

24   about seven or eight years.

25   Q.    And G is the leasing and management.  And Suite H.

36

```
1    A.   XIM Technology (phonetic).

2    Q.   And how long --

3    A.   They signed a one-year lease just recently, a month

4    ago.

5    Q.   And that's the mini suite we have been discussing

6    that just signed a new lease; is that correct?

7    A.   Yes.  That's part of C, D, and E.

8    Q.   Okay.

9    A.   He expanded.  Correct.

10   Q.   And so that's the same tenant that's been there for

11   13 years.

12   A.   Correct.

13   Q.   And Suite 202, who's the tenant there?

14   A.   Dr. De Andrade.  He's an oral surgeon.

15   Q.   And how --

16   A.   He's been with us for -- for probably ten years or

17   if not 11.

18   Q.   And Suite 203.

19   A.   Suite 203 is a liposculpture.  It's a medical group,

20   and they've been with us since 2011.

21   Q.   And do you recall how long their lease is?

22   A.   Their lease was three years and an -- an extra three

23   year also.  Same thing.

24   Q.   And Suite 204?

25   A.   Deblanc Music.
```

1   Q.   And how long have they been with you?

2   A.   Since 2011.

3   Q.   And --

4   A.   For three years.

5   Q.   It's a three-year lease?

6   A.   Correct.

7   Q.   And does it also have a three-year renewal?

8   A.   Yes.

9   Q.   Okay.  And Suite 205?  Who --

10  A.   Suite 205 is the new lease that will commence in two

11  weeks for R2H Engineering.

12  Q.   And I believe you testified that was a five-year

13  lease; is that correct?

14  A.   It is a five-year lease, yes.

15  Q.   Okay.  And Suite 206, who's the tenant there?

16  A.   It's a management group.  They -- they run Section

17  8 --

18  Q.   Housing?

19  A.   Real estate.

20  Q.   Oh, okay.

21  A.   Yeah.  So --

22  Q.   And how long have they been a tenant?

23  A.   They've been a tenant for three years also.

24  Q.   And does their lease contemplate a similar

25  three-year renewal?

38

```
 1   A.  That is correct.

 2   Q.  Okay.

 3   A.  If --

 4   Q.  So as we're looking at the second floor, it looks

 5   like it's entirely leased, correct?

 6   A.  It will be in two weeks.

 7   Q.  Thank you for that clarification.

 8       And most of the tenants have been -- at least a

 9   significant portion have been there for ten or more

10   years.

11       Is that also correct?

12   A.  That is correct.

13   Q.  And the leases that were three-year leases all have

14   three-year renewals in them.

15       Is that also correct?

16   A.  Yes.

17   Q.  Okay.  And on the first floor that we looked

18   through, more than half the building is leased to a

19   tenant that's been there since 2001; is that correct?

20   A.  Yes.

21   Q.  And the remaining chiropractic group with a

22   three-year lease, was that subject to a three-year

23   renewal as well?

24   A.  Yes, it is.

25   Q.  Okay.  And --
```

1    A.   And they already stated they're coming -- they're

2    staying.

3    Q.   And the Madam Et Monsieur, you testified that was a

4    six -- they've been there six or seven years; is that

5    correct?

6    A.   Madam Et Monsieur have been there for at least seven

7    if not eight years.  They've been with us for a long

8    time.

9    Q.   Okay.  And Suite 105 again is the lease that you

10   made a business decision to not renew and to get a

11   better tenant given the improvement of the market,

12   correct?

13   A.   Correct.

14   Q.   Okay.  You were involved in preparing the plan

15   projections back in October of 2012, correct?

16   A.   Yes, myself and Chet.

17   Q.   Okay.  And how did you go about preparing those?

18   A.   Well, we looked at historical rents and -- and the

19   rates and -- and we also looked at the market and came

20   up with that.

21   Q.   Okay.  And do you believe that the projections are

22   realistic?  Are they something that the debtor is going

23   to be able to achieve?

24   A.   Yes.  Absolutely.

25   Q.   Under the second-amended plan, have you committed

116

1       I certify that the foregoing is a correct

2  transcript from the electronic sound recording of the

3  proceedings in the above-entitled matter.

4

5

6      /s/ Biljana Dokic                    10/08/13

7      Biljana Dokic, Transcriptionist        Date

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 2

# EXHIBIT 2

**SUITE-103**
2,964 SQ. FT. (R)

**SUITE-102**
1,096 SQ. FT. (R)

**SUITE-101**
2,646 SQ. FT. (R)

**SUITE-104**
1,294 SQ. FT. (R)

STAIRS

ELEC
PHONE

ELEC
ROOM

EQUIPT
ROOM

ELEV.

STORAGE

HALLWAY

(E) MEN

(E) WOMEN

**SUITE-100**
2,815 SQ. FT. (R)

**SUITE-105**
3,278 SQ. FT. (R)

MAIN LOBBY

MAIN ENTRY

HRMC000764

# FIRST FLOOR PLAN - LEASE SPACES

# HORIZON RIDGE MEDICAL & CORPORATE CENTER

**SECOND FLOOR - LEASE SPACES**

**HORIZON RIDGE MEDICAL & CORPORATE CENTER**

SUITE-203
2,415 SQ. FT. (R)

SUITE-202
2,003 SQ. FT. (R)

H

G
LEASING &
MANAGEMENT

F

E

HALLWAY

202

203

HALLWAY

OPEN

STAIR
CASE

204

HALLWAY

SUITE-206
1,294 SQ. FT. (R)

SUITE-204
665 SQ. FT. (R)

HALLWAY

SUITE-201 - 2,289 SQ. FT.

A

B
CONFERENCE

C

D

206  201

TILE.

ROOF ACCESS

ELEV.

JAN.

LOBBY

200

205

MEN

WOMEN

SUITE-200
2,500 SQ. FT. (R)

SUITE-205
2,300 SQ. FT. (R)

MAIN LOBBY
BELOW

HRMC000765

# HORIZON RIDGE MEDICAL & CORPORATE CENTER



8 FT. CMU WALL  PROPERTY LINE

MONUMENT SIGN

HORIZON RIDGE PARKWAY

TRASH

8 FT. CMU WALL

COVERED PARKING

PROPERTY LINE

TWO STORY
OFFICE BUILDING
30,000 SF

LANDSCAPE

4 FT. W.I. FENCE   PROPERTY LINE

## SITE PLAN & DATA

| ZONE CODE | : CP (COMMERCIAL PROFESSIONAL) | BUILDING HEIGHT | : 35'-0" |
|---|---|---|---|
| AFN • | : 177-25-702-024 | NO. OF STORIES | : 2 |
| PARCEL MAP NO. | : FILE 14, PAGE 97, BOOK NO. 787 | EXITS PROVIDED: | : 3 |
| GOVERNING CODES | : 1997 UNIFORM BUILDING CODE | | |
| JURISDICTION | : CITY OF HENDERSON | **PARKING** | |
| OCCUPANCY | : BUSINESS - GROUP B | OPEN PARKING | : 127 |
| CONSTRUCTION TYPE | : V - N | COVERED PARKING | : 14 |
| | | HANDICAP PARKING | : 5 |
| SPRINKLERS | : YES - 100% | | |
| | | TOTAL PARKING | : 146 |
| TOTAL SQ. FT. GROSS | : 30,000 SQ. FT. | PARKING RATIO | : 5/1,000 SF. |
| ACTUAL SF. FT. CALCULATED | : 29,142 SQ. FT. | **BUILT - JANUARY 2001** | |

# 2610 W. HORIZON RIDGE PKWY, HENDERSON, NEVADA 89052

HRMC000763