# EXHIBIT 1

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

September 13, 2013


CWCAPITAL ASSET MANAGEMENT, LLC
ATTN: SPECIAL SERVICING ACCOUNTS PAYABLE
7501 WISCONSIN AVENUE
SUITE 500 WEST
BETHESDA, MD 20814


HORIZON RIDGE
BORROWER NAME: HORIZON RIDGE
PORTFOLIO NAME: GMAC 2003-C1
CW LOAN NO.: 271-66

File# F8381-00005        Invoice# 1894554

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                              $50,470.00


| DISBURSEMENTS | | |
|---|---|---|
| AIR TRAVEL | $1,516.40 | |
| LEXIS LEGAL RESEARCH | $485.73 | |
| OVERNIGHT MAIL | $11.76 | |
| PACER FEDERAL DOCKET COSTS | $92.40 | |
| PRINTING & DUPLICATING | $83.90 | |
| TRAVEL AWAY FROM HOME | $349.92 | |
| WESTLAW LEGAL RESEARCH | $1,495.20 | |
| TOTAL DISBURSEMENTS | | $4,035.31 |
| | | |
| BALANCE DUE THIS INVOICE | | $54,505.31 |

Duane Morris
September 13, 2013
Page 2

File # F8381-00005                                          INVOICE# 1894554
    HORIZON RIDGE

| DATE TIMEKEEPER | | HOURS | RATE | VALUE |
|---|---|---|---|---|
| 8/26/2013 CM DOOLEY | LEGAL RESEARCH CONCERNING CITE CHECK, SHEPARD'S NEGATIVE AND QUOTE CHECK | 0.40 | 260.00 | $104.00 |
| | Subtotal: | 0.40 | | $104.00 |
| 8/28/2013 V TER BUSH | REVIEW OF OBJECTION TO DEBTOR'S PLAN; CITE AND QUOTE CHECKED SAME. | 3.00 | 370.00 | $1,110.00 |
| | Subtotal: | 3.00 | | $1,110.00 |
| 8/21/2013 R CIAMBRONE | DRAFT OBJECTION TO PLAN AND DISCLOSURE STATEMENT; RESEARCH | 5.00 | 680.00 | $3,400.00 |
| 8/22/2013 R CIAMBRONE | DRAFT PLAN OBJECTION | 4.50 | 680.00 | $3,060.00 |
| 8/23/2013 R CIAMBRONE | DRAFT OBJECTION TO PLAN | 4.30 | 680.00 | $2,924.00 |
| | Subtotal: | 13.80 | | $9,384.00 |
| 8/1/2013 JR WEISS | DRAFT RESPONSES TO INTERROGATORIES, REQUESTS TO ADMIT, AND REQUESTS TO PRODUCE DOCUMENTS (1.5); REVIEW OUR DOCUMENTS FOR PRODUCTION (1.1) | 2.60 | 795.00 | $2,067.00 |
| 8/2/2013 JR WEISS | WORK WITH J. GSCHWIND OF BERKADIA ON SEARCHES FOR DOCUMENTS TO PRODUCE (0.5); REVIEW DUANE MORRIS EMAILS AND CLIENT DOCUMENTS FOR PRODUCTION (2.2) | 2.70 | 795.00 | $2,146.50 |
| 8/6/2013 JR WEISS | TELEPHONE CONFERENCE WITH T. KOZLOWSKI RE DEPOSITIONS OF FACT WITNESSES AND PRODUCTION OF EXPERT REPORTS (0.8); REVIEW AND REVISE DRAFT REPORT OF MCA FINANCIAL (1.3) | 2.10 | 795.00 | $1,669.50 |
| 8/7/2013 JR WEISS | REVIEW AND REVISE DRAFT BRIEF IN OPPOSITION TO CONFIRMATION | 1.20 | 795.00 | $954.00 |
| 8/8/2013 JR WEISS | REVIEW DOCUMENTS FROM CLIENT FOR PRODUCTION TO DEBTOR IN DISCOVERY | 1.50 | 795.00 | $1,192.50 |
| 8/12/2013 JR WEISS | REVIEW FINAL APPRAISAL REPORT (0.5); TELEPHONE CONFERENCE WITH B. MILLER (0.9); REVISE DISCOVERY RESPONSES (0.5); PREPARE OUR DOCUMENT | 3.70 | 795.00 | $2,941.50 |

Duane Morris
September 13, 2013
Page 3

File # F8381-00005                                          INVOICE# 1894554
    HORIZON RIDGE

| DATE TIMEKEEPER | | HOURS | RATE | VALUE |
|---|---|---|---|---|
| | PRODUCTION AND PRIVILEGE LOG (1.8) | | | |
| 8/13/2013 JR WEISS | READ REPORT OF MCA FINANCIAL | 1.20 | 795.00 | $954.00 |
| 8/14/2013 JR WEISS | REVIEW AND REVISE OBJECTION TO CONFIRMATION OF PLAN | 1.30 | 795.00 | $1,033.50 |
| 8/15/2013 JR WEISS | READ EXPERT REPORT AND PREPARE DISCLOSURES FOR TRIAL (0.8); READ DEBTOR'S RESPONSES TO INTERROGATORIES AND DOCUMENT PRODUCTION REQUESTS (1.4) | 2.20 | 795.00 | $1,749.00 |
| 8/16/2013 JR WEISS | REVIEW CASES ON TILL ANALYSIS AND REVISE DRAFT BRIEF IN OPPOSITION TO CONFIRMATION (1.5); PREPARE MATERIALS FOR MILL DEPOSITION (0.4) | 1.90 | 795.00 | $1,510.50 |
| 8/20/2013 JR WEISS | FINALIZE DOCUMENT PRODUCTION TO DEBTOR AND REVIEW DEBTOR'S DOCUMENTS TO US (1.6); TELEPHONE CONFERENCE WITH T. KOZLOWSKI RE DEPOSITION DATES (0.3); TELEPHONE CONFERENCE WITH K. BIERMAN RE INTEREST RATE REPORT (0.5); PREPARE PACKAGE FOR MILLER DEPOSITION PREPARATION (0.6); DRAFT DEPOSITION NOTICES FOR THREE DEBTOR WITNESSES (0.6) | 3.60 | 795.00 | $2,862.00 |
| 8/21/2013 JR WEISS | PREPARE B. MILLER FOR DEPOSITION (2.0); TELEPHONE CONFERENCE WITH T. KOZLOWSKI RE DEPOSITIONS AND DOCUMENT PRODUCTION (0.4) | 2.40 | 795.00 | $1,908.00 |
| 8/22/2013 JR WEISS | TELEPHONE CONFERENCE WITH T. KOZLOWSKI RE MILLER DEPOSITION AND EXPERT REPORTS (0.3); LETTER TO OPPOSING COUNSEL RE OUTSTANDING DISCOVERY REQUESTS (0.2) | 0.50 | 795.00 | $397.50 |
| 8/23/2013 JR WEISS | PREPARE MATERIALS FOR MILLER, EXPERT DEPOSITIONS (0.7); TELEPHONE CONFERENCE WITH T. KOZLOWSKI RE MILLER DEPOSITION (0.2); REVIEW AND REVISE OBJECTION TO CONFIRMATION OF PLAN (1.2) | 2.10 | 795.00 | $1,669.50 |
| 8/26/2013 JR WEISS | PREPARE FOR MILLER DEPOSITION (0.5); REVIEW AND REVISE BRIEF IN OPPOSITION TO CONFIRMATION OF DEBTOR PLAN (1.8) | 2.30 | 795.00 | $1,828.50 |
| 8/27/2013 JR WEISS | PREPARE FOR DEPOSITION OF B. MILLER (0.5); ATTEND DEPOSITION (2.5) | 3.00 | 795.00 | $2,385.00 |

Duane Morris
September 13, 2013
Page 4

File # F8381-00005                                    INVOICE# 1894554
    HORIZON RIDGE

| DATE TIMEKEEPER | | HOURS | RATE | VALUE |
|---|---|---|---|---|
| 8/28/2013 JR WEISS | REVIEW DOCUMENTS PRODUCED BY DEBTOR IN THIRD SUPPLEMENTAL PRODUCTION (0.6); PREPARE QUESTIONS AND EXHIBITS FOR DEPOSITION OF ABELMAN (1.8); TELEPHONE CONFERENCE WITH T. KOZLOWSKI RE REMAINING DEPOSITIONS (0.6) | 3.00 | 795.00 | $2,385.00 |
| 8/29/2013 JR WEISS | TELEPHONE CONFERENCES WITH COURT CLERK RE STATUS AND ISSUES FOR TRIAL (0.3); CORR. AND TELEPHONE CONFERENCE WITH T. KOZLOWSKI RE OPEN DISCOVERY ITEMS (0.5); REVIEW DEBTOR'S DOCUMENT PRODUCTION AND PREPARE FOR ABELSON, PATEL DEPOSITIONS (1.6); READ MCA EXPERT REPORT AND PREPARE FOR DEFENSE OF DEPOSITION (0.5) | 2.90 | 795.00 | $2,305.50 |
| 8/30/2013 JR WEISS | TELEPHONIC STATUS CONFERENCE WITH JUDGE KING (0.8); TELEPHONE CONFERENCE WITH T. KOZLOWSKI RE SETTLEMENT AND SCHEDULING (0.3); DRAFT PRETRIAL STATEMENT (1.1) | 2.20 | 795.00 | $1,749.00 |
| | Subtotal: | 42.40 | | $33,708.00 |
| 8/2/2013 EB BUZIAK | PER REQUEST OF MATT OLINS, INDEX AND SEARCH MAILBOX OF DEPARTED USER BRIAN NEIGHBARGER FOR CORRESPONDENCE WITH LAWROSEN.COM; PROVIDE RESULTS TO MATT OLINS FOR REVIEW. | 0.80 | 280.00 | $224.00 |
| | Subtotal: | 0.80 | | $224.00 |
| 8/9/2013 MA OLINS | WORK ON FEE PETITION. | 0.40 | 495.00 | $198.00 |
| 8/10/2013 MA OLINS | PERFORM LEGAL RESEARCH FOR AND DRAFT 506(B) CLAIM AND SUPPLEMENT TO GENERAL UNSECURED CLAIM. | 4.00 | 495.00 | $1,980.00 |
| 8/11/2013 MA OLINS | WORK ON 506(B) CLAIM AND SUPPLEMENT TO GENERAL UNSECURED CLAIM AND PERFORM RESEARCH FOR SAME. | 3.50 | 495.00 | $1,732.50 |
| 8/13/2013 MA OLINS | WORK ON 506(B) APPLICATION AND ATTACHMENTS THERETO; WORK ON NOTICE THEREOF. | 3.10 | 495.00 | $1,534.50 |
| 8/16/2013 MA OLINS | FINALIZE 506(B) APPLICATION AND | 1.00 | 495.00 | $495.00 |

Duane Morris
September 13, 2013
Page 5

File # F8381-00005                                    INVOICE# 1894554
    HORIZON RIDGE

| DATE TIMEKEEPER | | HOURS | RATE | VALUE |
|---|---|---|---|---|
| PREPARE FOR FILING; REVIEW LOCAL RULES RE SAME. | | | | |
| | Subtotal: | 12.00 | | $5,940.00 |
| | TOTAL SERVICES | | 72.40 | $50,470.00 |

Duane Morris
September 13, 2013
Page 6

File # F8381-00005                                    INVOICE# 1894554
    HORIZON RIDGE

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 08/26/2013 | TRAVEL AWAY FROM HOME LODGING ON 08/26/13 - JOHN R. WEISS - LODGING -- TRAVEL TO WASHINGTON FOR MILLER DEPOSITION. | 269.43 |
| 08/29/2013 | TRAVEL AWAY FROM HOME TAXI ON 08/29/13 - JOHN R. WEISS - TAXI -- TRAVEL TO WASHINGTON FOR MILLER DEPOSITION. | 80.49 |
| | Total: | $349.92 |
| | | |
| 08/10/2013 | LEXIS LEGAL RESEARCH OLINS, MATTHEW A | 96.20 |
| 08/15/2013 | LEXIS LEGAL RESEARCH OLINS, MATTHEW A | 9.75 |
| 08/15/2013 | LEXIS LEGAL RESEARCH OLINS, MATTHEW A | 96.20 |
| 08/15/2013 | LEXIS LEGAL RESEARCH OLINS, MATTHEW A | 5.69 |
| 08/26/2013 | LEXIS LEGAL RESEARCH NASH, C M | 277.89 |
| | Total: | $485.73 |
| | | |
| 08/20/2013 | OVERNIGHT MAIL PACKAGE SENT TO TALITHA GRAY KOZLOWSKI ESQ. AT GORDON SILVER - LAS VEGAS, NV FROM JOHN WEISS AT DUANE MORRIS LLP - CHICAGO, IL (TRACKING #796505003673) | 11.76 |
| | Total: | $11.76 |
| | | |
| 08/14/2013 | WESTLAW LEGAL RESEARCH - CIAMBRONE,ROSEANNE | 279.20 |
| 08/21/2013 | WESTLAW LEGAL RESEARCH - CIAMBRONE,ROSEANNE | 348.00 |
| 08/22/2013 | WESTLAW LEGAL RESEARCH - CIAMBRONE,ROSEANNE | 380.00 |
| 08/23/2013 | WESTLAW LEGAL RESEARCH - CIAMBRONE,ROSEANNE | 488.00 |
| | Total: | $1,495.20 |
| | | |
| 08/31/2013 | PACER FEDERAL DOCKET COSTS | 92.40 |
| | Total: | $92.40 |
| | | |
| 08/07/2013 | AIR TRAVEL - J WEISS TRANSPORTATION ON 8/26/2013 FROM CHICAGO TO LAS VEGAS TKT: 7267341498 | 454.80 |
| 08/07/2013 | AIR TRAVEL - J WEISS TRANSPORTATION ON 9/9/2013 FROM CHICAGO TO LAS VEGAS TKT: 7267341497 | 395.80 |
| 08/23/2013 | AIR TRAVEL - J WEISS TRANSPORTATION ON 8/26/2013 FROM CHICAGO TO WASHINGTON TKT: 7267584754 | 665.80 |
| | Total: | $1,516.40 |
| | | |
| 08/01/2013 | PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=23508102 EXPORTBATCH=0 EXPORTDATE=080113 UNITID=CHI-F0-001 USERID=7452 SITEID=150 USER WEISS, JOHN MADE 5 COPIES ON 08/01/2013 AT 14:34 HRS | 0.50 |
| 08/12/2013 | PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=23658768 EXPORTBATCH=0 EXPORTDATE=081213 UNITID=CHI-F0-001 USERID=7452 SITEID=150 USER WEISS, JOHN MADE 49 COPIES ON 08/12/2013 AT 14:50 HRS | 4.90 |
| 08/19/2013 | PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=23768499 EXPORTBATCH=0 EXPORTDATE=081913 UNITID=CHI-F0-001 USERID=7452 SITEID=150 USER WEISS, JOHN MADE 1 COPIES ON 08/19/2013 AT 15:08 HRS | 0.10 |

Duane Morris
September 13, 2013
Page 7

File # F8381-00005                                    INVOICE# 1894554
    HORIZON RIDGE

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 08/19/2013 | PRINTING & DUPLICATING - INTERNAL | 73.00 |
| | EQUITRACUNIQUEID=23771421 EXPORTBATCH=0 | |
| | EXPORTDATE=081913 UNITID=CHI-F0-002 USERID=7452 SITEID=150 | |
| | USER WEISS, JOHN MADE 730 COPIES ON 08/19/2013 AT 15:47 HRS | |
| 08/19/2013 | PRINTING & DUPLICATING - INTERNAL | 0.50 |
| | EQUITRACUNIQUEID=23766981 EXPORTBATCH=0 | |
| | EXPORTDATE=081913 UNITID=CHI-F0-001 USERID=7452 SITEID=150 | |
| | USER WEISS, JOHN MADE 5 COPIES ON 08/19/2013 AT 14:16 HRS | |
| 08/27/2013 | PRINTING & DUPLICATING - INTERNAL | 4.90 |
| | EQUITRACUNIQUEID=23890512 EXPORTBATCH=0 | |
| | EXPORTDATE=082713 UNITID=WAS-F1-007 USERID=7452 SITEID=100 | |
| | USER WEISS, JOHN MADE 49 COPIES ON 08/27/2013 AT 12:31 HRS | |

                                                        Total:     $83.90

                                TOTAL DISBURSEMENTS      $4,035.31

Duane Morris
September 13, 2013
Page 8

File # F8381-00005                                              INVOICE# 1894554
          HORIZON RIDGE

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|---|---|---|---|
| 02813 | R CIAMBRONE | 13.80 | $9,384.00 |
| 04429 | JR WEISS | 42.40 | $33,708.00 |
| 05550 | MA OLINS | 12.00 | $5,940.00 |
| 02195 | V TER BUSH | 3.00 | $1,110.00 |
| 00815 | CM DOOLEY | 0.40 | $104.00 |
| 05223 | EB BUZIAK | 0.80 | $224.00 |
| | | 72.40 | $50,470.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

October 09, 2013


CWCAPITAL ASSET MANAGEMENT, LLC
ATTN: SPECIAL SERVICING ACCOUNTS PAYABLE
7501 WISCONSIN AVENUE
SUITE 500 WEST
BETHESDA, MD 20814


HORIZON RIDGE
BORROWER NAME: HORIZON RIDGE
PORTFOLIO NAME: GMAC 2003-C1
CW LOAN NO.: 271-66

File# F8381-00005        Invoice# 1900256

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                              $104,383.00


| DISBURSEMENTS | | |
| --- | --- | --- |
| AIR TRAVEL | $1,791.80 | |
| COLOR PRINTING & DUPLICATING - INTERNAL | $3.92 | |
| DEPOSITION TRANSCRIPT | $2,371.50 | |
| DEPOSITION TRANSCRIPTS | $1,171.39 | |
| LEXIS LEGAL RESEARCH | $94.90 | |
| OVERNIGHT MAIL | $35.51 | |
| PACER FEDERAL DOCKET COSTS | $161.10 | |
| PRINTING & DUPLICATING | $66.80 | |
| TELEPHONE | $30.00 | |
| TRAVEL AWAY FROM HOME | $1,543.83 | |
| TRAVEL-OTHER | $13.03 | |
| WESTLAW LEGAL RESEARCH | $1,376.32 | |
| TOTAL DISBURSEMENTS | | $8,660.10 |
| | | |
| BALANCE DUE THIS INVOICE | | $113,043.10 |

DUANE MORRIS LLP

Duane Morris
October 09, 2013
Page 2

File # F8381-00005                                INVOICE# 1900256
    HORIZON RIDGE

| DATE TIMEKEEPER | | HOURS | RATE | VALUE |
|---|---|---|---|---|
| 9/8/2013 R CIAMBRONE | DRAFT/REVISE OBJECTION TO PLAN; DRAFT PRETRIAL STATEMENT | 5.50 | 680.00 | $3,740.00 |
| 9/9/2013 R CIAMBRONE | REVIEW OF CASE LAW CITED BY OPPOSING COUNSEL; DRAFT ARGUMENTS IN RESPONSE AND SUMMARIZE SAME; FINALIZE AND FILE OBJECTION TO CONFIRMATION; SUMMARIZE LAW | 7.50 | 680.00 | $5,100.00 |
| 9/13/2013 R CIAMBRONE | REVIEW OF AMENDED PLAN; OUTLINE TERMS; OUTLINE ARGUMENT FOR JOHN FOR CONFIRMATION HEARING; RESEARCH REGARDING STANDARD UNDER 1129(B)(2)(B)(I) | 3.00 | 680.00 | $2,040.00 |
| 9/14/2013 R CIAMBRONE | DRAFT/REVISE CONFIRMATION ARGUMENT | 1.00 | 680.00 | $680.00 |
| | Subtotal: | 17.00 | | $11,560.00 |
| | | | | |
| 9/3/2013 JR WEISS | PREPARE CROSS EXAMINATION/DEPOSITION OUTLINE FOR DEBTOR'S EXPERT WITNESS | 2.10 | 795.00 | $1,669.50 |
| 9/4/2013 JR WEISS | READ OBJECTION TO 506(B) CLAIM (0.8); READ DEBTOR'S EXPERT REPORT (1.5) | 2.30 | 795.00 | $1,828.50 |
| 9/5/2013 JR WEISS | REVIEW AND REVISE OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT (3.7); REVIEW AND REVISE OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN (2.8) | 6.50 | 795.00 | $5,167.50 |
| 9/6/2013 JR WEISS | REVIEW NEW LEASES (0.5); COMPARE EXPERT REPORTS OF NELSON, BIERMAN (1.2); REVIEW AND REVISE OBJECTIONS TO DISCLOSURE STATEMENT, CONFIRMATION OF DEBTOR'S PLAN (2.2); PREPARE FOR DEPOSITIONS OF ABELMAN, NELSON (2.2); REVIEW AND REVISE DRAFT JOINT PRETRIAL STATEMENT (1.1) | 7.20 | 795.00 | $5,724.00 |
| 9/7/2013 JR WEISS | PREPARE FOR DEPOSITIONS OF ABELSON, NELSON (1.5); REVISE JOINT PRETRIAL STATEMENT (1.5); REVISE TRIAL BRIEFS ON DISCLOSURE STATEMENT, CONFIRMATION (1.2) | 4.20 | 795.00 | $3,339.00 |
| 9/8/2013 JR WEISS | REVISE JOINT PRETRIAL STATEMENT | 1.40 | 795.00 | $1,113.00 |
| 9/9/2013 JR WEISS | FINALIZE JOINT PRETRIAL | 7.80 | 795.00 | $6,201.00 |

Duane Morris
October 09, 2013
Page 3

File # F8381-00005                                                        INVOICE# 1900256
   HORIZON RIDGE

| DATE TIMEKEEPER | | HOURS | RATE | VALUE |
|---|---|---|---|---|
| | STATEMENT AND MEETING WITH T. KOZLOWSKI (2.3); DEPOSITION OF T. NELSON (3.7); PREPARE FOR PRETRIAL CONFERENCE (1.2); TELEPHONE CONFERENCE WITH K. BIERMAN RE EXPERT REPORTS (0.6) | | | |
| 9/10/2013 JR WEISS | APPEAR AT PRETRIAL CONFERENCE (1.2); READ MILLER DEPOSITION TRANSCRIPT AND PREPARE OUTLINE OF TESTIMONY (1.1); DEPOSITION OF R. ABELSON (3.8); PREPARE EXHBITS FOR TRIAL (2.5) | 8.60 | 795.00 | $6,837.00 |
| 9/11/2013 JR WEISS | REVIEW DEPOSITION INFORMATION AND PREPARE EXAMINATIONS OF BIERMAN AND MILLER AND CROSS EXAMINATIONS OF ABELSON, NELSON (4.4); TELEPHONE CONFERENCE WITH T. KOZLOWSKI RE JOINT PRETRIAL STATEMENT AND JOINT EXHIBITS (0.8) | 5.20 | 795.00 | $4,134.00 |
| 9/12/2013 JR WEISS | TELEPHONE CONFERENCE WITH K. BIERMAN (1.4); PREPARE EXHIBITS AND CROSS-EXAMINATIONS FOR TRIAL (4.7); READ ABELSON, NELSON DEPOSITION TRANSCRIPTS (1.2) | 7.30 | 795.00 | $5,803.50 |
| 9/13/2013 JR WEISS | TELEPHONE CONFERENCE WITH B. MILLER RE PREPARATION FOR TESTIMONY (1.2); CONFERENCE CALL WITH T. KOZLOWSKI RE LOGISTICS OF EXHIBITS AND TRIAL ORDER (0.8); REVISE MILLER AND BIERMAN TESTIMONY (0.7); REVIEW DEBTOR'S AMENDED PLAN (1.5); REVISE REPLY BRIEF TO CONFIRAMTION OF LENDER'S PLAN (1.7); | 5.90 | 795.00 | $4,690.50 |
| 9/14/2013 JR WEISS | REVIEW AND REVISE BRIEF IN OPPOSITION TO AMENDED PLAN (1.8); REVIEW DEBTOR'S MONTHLY OPERATING REPORT AND COMPARE TO PROJECTIONS, PRIOR MONTHS' PERFORMANCE (1.5); REVIEW STIPULATION RE DEBTOR'S WITHDRAWAL OF CASH COLLATERAL RELIEF MOTION (0.4); | 3.70 | 795.00 | $2,941.50 |
| 9/15/2013 JR WEISS | MEET WITH T. KOZLOWSKI RE SETTLEMENT AND EXHIBITS (1.0); PREPARE FOR DIRECT AND CROSS EXAMINATION OF WITNESSES (5.3) | 6.30 | 795.00 | $5,008.50 |
| 9/16/2013 JR WEISS | ATTEND TRIAL OF PLAN CONFIRMATION (7.5) PREPARE FOR TOMORROW'S WITNESSES (1.3) | 8.80 | 795.00 | $6,996.00 |

Duane Morris
October 09, 2013
Page 4

File # F8381-00005                                                    INVOICE# 1900256
    HORIZON RIDGE

| DATE TIMEKEEPER | | HOURS | RATE | VALUE |
|---|---|---|---|---|
| 9/17/2013 JR WEISS | ATTEND TRIAL OF PLAN CONFIRMATION | 7.70 | 795.00 | $6,121.50 |
| 9/19/2013 JR WEISS | REVIEW TRIAL MATERIALS AND DRAFT FINDINGS AND CONCLUSIONS RE CLAIM | 1.30 | 795.00 | $1,033.50 |
| 9/23/2013 JR WEISS | DRAFT POST-TRIAL BRIEF | 1.70 | 795.00 | $1,351.50 |
| 9/24/2013 JR WEISS | DRAFT FINDINGS OF FACT AND CONCLUSIONS OF LAW RE CLAIM OBJECTION AND 506 MOTION (1.2); DRAFT POST-TRIAL BRIEF (1.8) | 3.00 | 795.00 | $2,385.00 |
| 9/25/2013 JR WEISS | DRAFT STIPULATION AS TO ADMISSIBILITY OF EXHIBITS | 1.20 | 795.00 | $954.00 |
| 9/26/2013 JR WEISS | DRAFT STIPULATION FOR ADMISSIBILITY OF EXHIBITS AND REVIEW SAME WITH T. KOZLOWSKI (1.1); REVISE FINDINGS OF FACT AND CONCLUSIONS OF LAW RE CLAIM OBJECTION AND 506(B) MOTION (1.6) | 2.70 | 795.00 | $2,146.50 |
| 9/27/2013 JR WEISS | REVISE FINDINGS AND CONCLUSIONS RE CLAIM AMOUNT (1.2); DRAFT POST-TRIAL BRIEF AND PREPARE CLOSING ARGUMENT (1.3) | 2.50 | 795.00 | $1,987.50 |
| 9/30/2013 JR WEISS | REVISE FINDINGS AND CONCLUSIONS RE CLAIM AND POST-TRIAL BRIEF | 1.80 | 795.00 | $1,431.00 |
| | Subtotal: | 99.20 | | $78,864.00 |
| 9/4/2013 MA OLINS | STRATEGY RE CONFIRMATION HEARING; PERFORM RESEARCH FOR SAME. | 1.10 | 495.00 | $544.50 |
| 9/5/2013 MA OLINS | DRAFT BALLOT SUMMARY; REVIEW PRIOR FILINGS AND ORDERS IN CONNECTION WITH SAME. | 2.10 | 495.00 | $1,039.50 |
| 9/6/2013 MA OLINS | REVISE AND FILE BALLOT SUMMARY; PREPARE FOR CONFIRMATION HEARING AND STRATEGY FOR SAME; CALL WITH JUDGE'S CHAMBERS RE MONDAY'S FILINGS; PREPARATIONS FOR MONDAY'S FILINGS. | 1.40 | 495.00 | $693.00 |
| 9/8/2013 MA OLINS | WORK ON PLAN OBJECTION; PREPARE MOTION TO FILE BRIEF IN EXCESS OF 20 PAGES; PREPARE FOR FILING OF SAME. | 1.80 | 495.00 | $891.00 |
| 9/9/2013 MA OLINS | FINALIZE OBJECTION TO DEBTOR'S PLAN, OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT, AND MOTION FOR EXTENSION OF PAGE LIMIT; COORDINATE FILING AND COURTESY COPY DELIVERY OF SAME; WORK ON PROPOSED ORDER | 3.50 | 495.00 | $1,732.50 |

Duane Morris
October 09, 2013
Page 5

File # F8381-00005                                                          INVOICE# 1900256
    HORIZON RIDGE

| DATE TIMEKEEPER | | HOURS | RATE | VALUE |
|---|---|---|---|---|
| | ON MOTION FOR EXTENSION OF PAGE LIMIT. | | | |
| 9/10/2013 MA OLINS | PREPARATIONS FOR CONFIRMATION HEARING AND REPLY BRIEF TO DEBTOR'S PLAN OBJECTION; BEGIN PREPARING DISCLOSURE STATEMENT REPLY. | 0.90 | 495.00 | $445.50 |
| 9/11/2013 MA OLINS | WORK ON REPLY TO DEBTOR'S OBJECTION TO LENDER PLAN; REVIEW PREVIOUS FILINGS FOR SAME. | 2.90 | 495.00 | $1,435.50 |
| 9/12/2013 MA OLINS | PERFORM RESEARCH ; ; WORK ON REPLY TO DEBTOR'S OBJECTION TO LENDER'S PLAN. | 1.40 | 495.00 | $693.00 |
| 9/13/2013 MA OLINS | FINALIZE AND FILE REPLY TO OBJECTION TO LENDER'S PLAN; STRATEGY AND PLANING FOR CONFIRMATION HEARING; REVIEW DEBTOR'S SECOND AMENDED PLAN; PREPARE OBJECTIONS TO SAME. | 5.50 | 495.00 | $2,722.50 |
| 9/15/2013 MA OLINS | PREPARATIONS FOR CONFIRMATION HEARING. | 0.40 | 495.00 | $198.00 |
| 9/17/2013 MA OLINS | STRATEGY AND RESEARCH RE PLAN CONFIRMATION HEARING. | 0.40 | 495.00 | $198.00 |
| 9/18/2013 MA OLINS | BEGIN WORK ON PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW ON CLAIM OBJECTION AND 506(B) MOTION. | 0.60 | 495.00 | $297.00 |
| 9/19/2013 MA OLINS | WORK ON PROPOSED FINDINGS OF FACT FOR ORDER ON CLAIM. | 0.30 | 495.00 | $148.50 |
| 9/23/2013 MA OLINS | WORK ON FINDINGS OF FACT AND CONCLUSIONS OF LAW. | 1.50 | 495.00 | $742.50 |
| 9/24/2013 MA OLINS | WORK ON FINDINGS AND CONCLUSIONS FOR CLAIMS MOTIONS. | 1.80 | 495.00 | $891.00 |
| 9/25/2013 MA OLINS | WORK ON ORDER ON CLAIM OBJECTION HEARING. | 0.90 | 495.00 | $445.50 |
| 9/26/2013 MA OLINS | WORK ON EXHIBIT STIPULATION AND FILE SAME; WORK ON FINDINGS OF FACT AND CONCLUSIONS OF LAW FOR CLAIM ORDER. | 1.70 | 495.00 | $841.50 |
| | Subtotal: | 28.20 | | $13,959.00 |

TOTAL SERVICES                                                  144.40   $104,383.00

Duane Morris
October 09, 2013
Page 6

File # F8381-00005                                         INVOICE# 1900256
    HORIZON RIDGE

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 09/03/2013 | TELEPHONE OTHER - TELECOM EXPENSE ON 09/03/13 - JOHN R. WEISS - FEE FOR TELEPHONIC STATUS CONFERENCE - RE: CWCAPITAL-HORIZON RIDGE | 30.00 |
| | Total: | $30.00 |
| 09/08/2013 | TRAVEL AWAY FROM HOME LODGING ON 09/08/13 - JOHN R. WEISS - LODGING - TRAVEL TO LAS VEGAS FOR NELSON DEPOSITION, PRETRIAL HEARING. | 314.11 |
| 09/08/2013 | TRAVEL AWAY FROM HOME TAXI ON 09/08/13 - JOHN R. WEISS - TAXI - TRAVEL TO LAS VEGAS FOR NELSON DEPOSITION, PRETRIAL HEARING. | 202.91 |
| 09/10/2013 | TRAVEL AWAY FROM HOME LODGING ON 09/10/13 - JOHN R. WEISS - LODGING -- TRAVEL TO LOS ANGELES FOR ABELSON DEPOSITION | 229.90 |
| 09/15/2013 | TRAVEL AWAY FROM HOME LODGING ON 09/15/13 - JOHN R. WEISS - LODGING -- TRAVEL TO LAS VEGAS FOR CONFIRMATION HEARING | 506.24 |
| 09/15/2013 | TRAVEL AWAY FROM HOME TAXI ON 09/15/13 - JOHN R. WEISS - TAXIS -- TRAVEL TO LAS VEGAS FOR CONFIRMATION HEARING | 290.67 |
| | Total: | $1,543.83 |
| 09/12/2013 | LEXIS LEGAL RESEARCH OLINS, MATTHEW A | 94.90 |
| | Total: | $94.90 |
| 09/03/2013 | OVERNIGHT MAIL PACKAGE SENT TO TALITHA GRAYKOZLOWSKI ESQ. AT GORDON SILVER - LAS VEGAS, NV FROM JOHN WEISS AT DUANE MORRIS LLP - CHICAGO, IL (TRACKING #796602866673) | 11.87 |
| 09/13/2013 | OVERNIGHT MAIL PACKAGE SENT TO JOHN ROBERT WEISS AT DUANE MORRIS LLP - LAS VEGAS, NV FROM JOHN WEISS AT DUANE MORRIS LLP - CHICAGO, IL (TRACKING #796686096519) | 23.64 |
| | Total: | $35.51 |
| 09/12/2013 | DEPOSITION TRANSCRIPT COURT REPORTER FEES FOR MILLER DEPOSITION | 465.70 |
| 09/26/2013 | DEPOSITION TRANSCRIPT COURT REPORTER FEES FOR ABELSON DEPOSITION | 1,905.80 |
| | Total: | $2,371.50 |
| 09/09/2013 | WESTLAW LEGAL RESEARCH - CIAMBRONE,ROSEANNE | 1,376.32 |
| | Total: | $1,376.32 |
| 09/30/2013 | PACER FEDERAL DOCKET COSTS | 161.10 |
| | Total: | $161.10 |
| 09/06/2013 | AIR TRAVEL - J WEISS TRANSPORTATION ON 9/8/2013 FROM CHICAGO TO LAS VEGAS TKT: 7268630202 | 868.00 |
| 09/10/2013 | AIR TRAVEL - J WEISS TRANSPORTATION ON 9/15/2013 FROM CHICAGO TO LAS VEGAS TKT: 7269395242 | 923.80 |
| | Total: | $1,791.80 |
| 09/30/2013 | COLOR PRINTING & DUPLICATING - INTERNAL | 3.92 |

Duane Morris
October 09, 2013
Page 7

File # F8381-00005                                    INVOICE# 1900256
    HORIZON RIDGE

| DATE | DISBURSEMENTS | AMOUNT |
|---|---|---|
| | Total: | $3.92 |
| 09/30/2013 | TRAVEL-OTHER | 13.03 |
| | Total: | $13.03 |
| 09/03/2013 | PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=23987809 EXPORTBATCH=0 EXPORTDATE=090313 UNITID=CHI-F0-001 USERID=7452 SITEID=150 USER WEISS, JOHN MADE 42 COPIES ON 09/03/2013 AT 15:18 HRS | 4.20 |
| 09/03/2013 | PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=23978421 EXPORTBATCH=0 EXPORTDATE=090313 UNITID=CHI-F0-002 USERID=8109 SITEID=150 USER JOHNSON, JACQUELINE MADE 42 COPIES ON 09/03/2013 AT 11:34 HRS | 4.20 |
| 09/07/2013 | PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=24058946 EXPORTBATCH=0 EXPORTDATE=090713 UNITID=CHI-F0-001 USERID=7452 SITEID=150 USER WEISS, JOHN MADE 14 COPIES ON 09/07/2013 AT 18:30 HRS | 1.40 |
| 09/07/2013 | PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=24058984 EXPORTBATCH=0 EXPORTDATE=090713 UNITID=CHI-F0-001 USERID=7452 SITEID=150 USER WEISS, JOHN MADE 76 COPIES ON 09/07/2013 AT 21:11 HRS | 7.60 |
| 09/07/2013 | PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=24058961 EXPORTBATCH=0 EXPORTDATE=090713 UNITID=CHI-F0-001 USERID=7452 SITEID=150 USER WEISS, JOHN MADE 64 COPIES ON 09/07/2013 AT 18:59 HRS | 6.40 |
| 09/09/2013 | PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=24079414 EXPORTBATCH=0 EXPORTDATE=090913 UNITID=LAV-F0-001 USERID=7452 SITEID=191 USER WEISS, JOHN MADE 27 COPIES ON 09/09/2013 AT 13:29 HRS | 2.70 |
| 09/09/2013 | PRINTING - INTERNAL EQUITRACUNIQUEID=24078969 EXPORTBATCH=0 EXPORTDATE=090913 UNITID=LAS3 USERID=7452 SITEID=191 USER WEISS, JOHN MADE 26 PRINT(S) ON 09/09/2013 AT 13:33 HRS | 2.60 |
| 09/09/2013 | PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=24072292 EXPORTBATCH=0 EXPORTDATE=090913 UNITID=LAV-F0-001 USERID=9583 SITEID=191 USER REEDER, JANICE MADE 235 COPIES ON 09/09/2013 AT 10:47 HRS | 23.50 |
| 09/09/2013 | PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=24072716 EXPORTBATCH=0 EXPORTDATE=090913 UNITID=LAV-F0-001 USERID=9583 SITEID=191 USER REEDER, JANICE MADE 1 COPIES ON 09/09/2013 AT 11:06 HRS | 0.10 |
| 09/09/2013 | PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=24083535 EXPORTBATCH=0 EXPORTDATE=090913 UNITID=LAV-F0-001 USERID=7452 SITEID=191 USER WEISS, JOHN MADE 33 COPIES ON 09/09/2013 AT 17:24 HRS | 3.30 |
| 09/13/2013 | PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=24157157 EXPORTBATCH=0 EXPORTDATE=091313 UNITID=CHI-F0-001 USERID=7452 SITEID=150 USER WEISS, JOHN MADE 1 COPIES ON 09/13/2013 AT 07:58 HRS | 0.10 |

Duane Morris
October 09, 2013
Page 8

File # F8381-00005                                    INVOICE# 1900256
        HORIZON RIDGE

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 09/14/2013 | PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=24177744 EXPORTBATCH=0 EXPORTDATE=091413 UNITID=CHI-F0-001 USERID=7452 SITEID=150 USER WEISS, JOHN MADE 48 COPIES ON 09/14/2013 AT 18:48 HRS | 4.80 |
| 09/14/2013 | PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=24177754 EXPORTBATCH=0 EXPORTDATE=091413 UNITID=CHI-F0-001 USERID=7452 SITEID=150 USER WEISS, JOHN MADE 54 COPIES ON 09/14/2013 AT 19:03 HRS | 5.40 |
| 09/14/2013 | PRINTING - INTERNAL EQUITRACUNIQUEID=24177758 EXPORTBATCH=0 EXPORTDATE=091413 UNITID=CHI15 USERID=7452 SITEID=150 USER WEISS, JOHN MADE 4 PRINT(S) ON 09/14/2013 AT 19:28 HRS | 0.40 |
| 09/15/2013 | PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=24178831 EXPORTBATCH=0 EXPORTDATE=091513 UNITID=LAV-F0-001 USERID=7452 SITEID=191 USER WEISS, JOHN MADE 1 COPIES ON 09/15/2013 AT 20:50 HRS | 0.10 |

                                                    Total:    $66.80

| 09/24/2013 | DEPOSITION TRANSCRIPTS TIMOTHY W. NELSON, TAKEN 9/9/13 | 1,171.39 |

                                                    Total:    $1,171.39

                                    TOTAL DISBURSEMENTS    $8,660.10

Duane Morris
October 09, 2013
Page 9

File # F8381-00005                                      INVOICE# 1900256
     HORIZON RIDGE

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 02813 | R CIAMBRONE | 17.00 | $11,560.00 |
| 04429 | JR WEISS | 99.20 | $78,864.00 |
| 05550 | MA OLINS | 28.20 | $13,959.00 |
| | | 144.40 | $104,383.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

November 07, 2013


CWCAPITAL ASSET MANAGEMENT, LLC
ATTN: SPECIAL SERVICING ACCOUNTS PAYABLE
7501 WISCONSIN AVENUE
SUITE 500 WEST
BETHESDA, MD 20814



HORIZON RIDGE
BORROWER NAME: HORIZON RIDGE
PORTFOLIO NAME: GMAC 2003-C1
CW LOAN NO.: 271-66

File# F8381-00005        Invoice# 1908442

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                         $47,428.00


DISBURSEMENTS
MESSENGER SERVICE                    $55.46
MISCELLANEOUS                        $19.05
OVERNIGHT MAIL                       $59.52
PACER FEDERAL DOCKET COSTS           $58.20
PARKING                              $18.00
TRAVEL AWAY FROM HOME                $61.20
TOTAL DISBURSEMENTS                                        $271.43

BALANCE DUE THIS INVOICE                                $47,699.43

Duane Morris
November 07, 2013
Page 2

File # F8381-00005                                                    INVOICE# 1908442
    HORIZON RIDGE

| DATE TIMEKEEPER | | HOURS | RATE | VALUE |
|---|---|---|---|---|
| 10/10/2013 R CIAMBRONE | REVIEW/REVISE POST-TRIAL MEMORANDUM | 1.50 | 680.00 | $1,020.00 |
| 10/16/2013 R CIAMBRONE | REVIEW AND ANALYSIS OF DEBTOR'S POST-TRIAL BRIEF; OUTLINE AND ORGANIZE ARGUMENTS IN RESPONSE; BEGIN DRAFTING RESPONSE | 2.00 | 680.00 | $1,360.00 |
| 10/17/2013 R CIAMBRONE | FINALIZE OUTLINE OF ARGUMENTS, BRIEF IN RESPONSE TO DEBTOR'S POST-TRIAL BRIEF | 1.00 | 680.00 | $680.00 |
| 10/22/2013 R CIAMBRONE | PARTICIPATE IN ORAL ARGUMENT ON PLAN CONFIRMATION | 2.00 | 680.00 | $1,360.00 |
| | Subtotal: | 6.50 | | $4,420.00 |
| | | | | |
| 10/1/2013 JR WEISS | REVIEW TRIAL TRANSCRIPT AND DRAFT POST-TRIAL BRIEF | 3.20 | 795.00 | $2,544.00 |
| 10/3/2013 JR WEISS | REVIEW TRANSCRIPT OF TRIAL AND PREPARE POST-TRIAL BRIEF | 3.80 | 795.00 | $3,021.00 |
| 10/4/2013 JR WEISS | REVIEW AND REVISE FINDINGS AND CONCLUSIONS ON CLAIM LITIGATION | 0.80 | 795.00 | $636.00 |
| 10/8/2013 JR WEISS | DRAFT POST-TRIAL BRIEF | 3.20 | 795.00 | $2,544.00 |
| 10/9/2013 JR WEISS | DRAFT POST-TRIAL BRIEF | 0.60 | 795.00 | $477.00 |
| 10/10/2013 JR WEISS | DRAFT POST-TRIAL BRIEF | 5.50 | 795.00 | $4,372.50 |
| 10/11/2013 JR WEISS | REVISE AND FILE POST-TRIAL BRIEF | 3.50 | 795.00 | $2,782.50 |
| 10/14/2013 JR WEISS | READ DEBTOR'S POST-TRIAL BRIEF | 1.50 | 795.00 | $1,192.50 |
| 10/15/2013 JR WEISS | READ POST-TRIAL BRIEFS AND PREPARE CLOSING ARGUMENT | 2.60 | 795.00 | $2,067.00 |
| 10/16/2013 JR WEISS | READ PRE- AND POST-TRIAL BRIEFS AND EXPERT REPORTS FOR CLOSING ARGUMENT | 1.80 | 795.00 | $1,431.00 |
| 10/17/2013 JR WEISS | DRAFT REPLY BRIEF (4.5); REVIEW AUGUST MOR (0.3) | 4.80 | 795.00 | $3,816.00 |
| 10/18/2013 JR WEISS | READ DEBTOR'S RESPONSE AND DRAFT REPLY BRIEF (5.0); TELEPHONE CONFERENCE WITH COURT CLERK AND CORR. WITH CLIENT (0.1); TELEPHONE CONFERENCES WITH T. KOZLOWSKI RE CLAIM ORDER AND REVISE SAME (0.6) | 5.70 | 795.00 | $4,531.50 |
| 10/21/2013 JR WEISS | TELEPHONE CONFERENCE WITH DEBTOR'S COUNSEL RE CLAIM ORDER AND REVISE SAME (0.6); PREPARE FOR CLOSING ARGUMENT (2.0) | 2.60 | 795.00 | $2,067.00 |
| 10/22/2013 JR WEISS | PREPARE FOR CLOSING ARGUMENTS (2.5); ATTEND CLOSING ARGUMENT AND RULING (2.5) | 5.00 | 795.00 | $3,975.00 |
| 10/28/2013 JR WEISS | DRAFT FINDINGS OF FACT AND CONCLUSIONS OF LAW RE PLAN | 1.80 | 795.00 | $1,431.00 |

Duane Morris
November 07, 2013
Page 3

File # F8381-00005                                            INVOICE# 1908442
       HORIZON RIDGE

| DATE | TIMEKEEPER | | HOURS | RATE | VALUE |
|------|-----------|---|-------|------|-------|
| | | CONFIRMATION | | | |
| 10/30/2013 | JR WEISS | TELEPHONE CONFERENCE WITH B. MILLER RE STATUS AND STRATEGY (0.3); TELEPHONE CONFERENCE WITH T. KOZLOWSKI RE SALE (0.2) | 0.50 | 795.00 | $397.50 |
| 10/31/2013 | JR WEISS | DRAFT FINDINGS OF FACT AND CONCLUSIONS OF LAW | 3.40 | 795.00 | $2,703.00 |
| | | Subtotal: | 50.30 | | $39,988.50 |
| | | | | | |
| 10/11/2013 | MA OLINS | WORK ON POST-TRIAL BRIEF AND SAME FOR FILING; PREPARE MOTION TO EXCEED PAGE LIMIT AND ORDER ON SAME AND UPLOAD SAME; CALLS WITH COURT CLERK RE SAME; WORK ON PROPOSED 506(B) ORDER AND CIRCULATE TO OPPOSING COUNSEL. | 3.50 | 495.00 | $1,732.50 |
| 10/16/2013 | MA OLINS | PREPARE CERTIFICATE OF SERVICE FOR POST-TRIAL DOCUMENTS. | 0.30 | 495.00 | $148.50 |
| 10/18/2013 | MA OLINS | WORK ON RESPONSE TO DEBTOR'S POST-TRIAL BRIEF AND FILE SAME; ADDRESS ISSUES WITH ORDER ON 506(B) MOTION. | 1.00 | 495.00 | $495.00 |
| 10/21/2013 | MA OLINS | WORK ON ORDER ON 506(B) CLAIM AND ORDER ON CLAIM OBJECTION AND COORDINATE FILING OF SAME. | 0.80 | 495.00 | $396.00 |
| 10/22/2013 | MA OLINS | PREPARATIONS FOR CLOSING ARGUMENT. | 0.50 | 495.00 | $247.50 |
| | | Subtotal: | 6.10 | | $3,019.50 |
| | | | | | |
| | | TOTAL SERVICES | 62.90 | | $47,428.00 |

Duane Morris
November 07, 2013
Page 4

File # F8381-00005                                          INVOICE# 1908442
     HORIZON RIDGE

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 08/25/2013 | TRAVEL AWAY FROM HOME TAXI ON 08/25/13 - ROSANNE CIAMBRONE - TAXI HOME - WORKED ON DOCUMENTS | 8.45 |
| 09/08/2013 | TRAVEL AWAY FROM HOME TAXI ON 09/08/13 - ROSANNE CIAMBRONE - TAXI HOME - WORKED ON BRIEF FOR HORIZON RIDGE. | 8.65 |
| 09/08/2013 | TRAVEL AWAY FROM HOME DINNER ON 09/08/13 - ROSANNE CIAMBRONE - DINNER/SUNDAY - WORKED ON BRIEF FOR HORIZON RIDGE. | 5.73 |
| 09/13/2013 | TRAVEL AWAY FROM HOME TAXI ON 09/13/13 - ROSANNE CIAMBRONE - TAXI - WORKED ON COURT DOCUMENTS | 8.85 |
| 09/13/2013 | TRAVEL AWAY FROM HOME DINNER ON 09/13/13 - ROSANNE CIAMBRONE - DINNER - WORKED ON BRIEF. | 29.52 |
| | Total: | $61.20 |
| 09/18/2013 | OVERNIGHT MAIL PACKAGE SENT TO JOHN WEISS AT DUANE MORRIS LLP - CHICAGO, IL FROM JANA DAILEY AT DUANE MORRIS LLP - LAS VEGAS, NV (TRACKING #796715346545) | 59.52 |
| | Total: | $59.52 |
| 10/31/2013 | PACER FEDERAL DOCKET COSTS | 58.20 |
| | Total: | $58.20 |
| 10/03/2013 | MESSENGER SERVICE TWO (2) RUSH FEES TO DELIVER DOCUMENTS TO BANKRUPTCY COURT 09/09/2013 | 30.46 |
| 10/03/2013 | MESSENGER SERVICE TWO (2) RUSH FEES TO DELIVER DOCUMENTS TO BANKRUPTCY COURT 09/09/2013 | 25.00 |
| | Total: | $55.46 |
| 09/24/2013 | MISCELLANEOUS OTHER EXPENSE ON 09/24/13 - ROSANNE CIAMBRONE - HOTEL USE OF BUSINESS CENTER - PRINTING OF DOCUMENTS NEEDED FOR COURT. | 5.10 |
| 09/24/2013 | MISCELLANEOUS OTHER EXPENSE ON 09/24/13 - ROSANNE CIAMBRONE - HOTEL USE OF BUSINESS CENTER - PRINTING OF DOCUMENTS NEEDED FOR COURT. | 13.95 |
| | Total: | $19.05 |
| 09/09/2013 | PARKING | 18.00 |
| | Total: | $18.00 |
| | TOTAL DISBURSEMENTS | $271.43 |

Duane Morris
November 07, 2013
Page 5

File # F8381-00005
     HORIZON RIDGE

INVOICE# 1908442

| TIMEKEEPER NO. | NAME | HOURS | VALUE |
|---|---|---|---|
| 02813 | R CIAMBRONE | 6.50 | $4,420.00 |
| 04429 | JR WEISS | 50.30 | $39,988.50 |
| 05550 | MA OLINS | 6.10 | $3,019.50 |
| | | 62.90 | $47,428.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

December 05, 2013

CWCAPITAL ASSET MANAGEMENT, LLC
ATTN: SPECIAL SERVICING ACCOUNTS PAYABLE
7501 WISCONSIN AVENUE
SUITE 500 WEST
BETHESDA, MD 20814

HORIZON RIDGE
BORROWER NAME: HORIZON RIDGE
PORTFOLIO NAME: GMAC 2003-C1
CW LOAN NO.: 271-66

File# F8381-00005          Invoice# 1917155

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 11/30/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                    $32,134.50


DISBURSEMENTS
FILING FEES                              $230.00
LEXIS LEGAL RESEARCH                      $124.80
PACER FEDERAL DOCKET COSTS                 $63.30
WESTLAW LEGAL RESEARCH                    $412.00
TOTAL DISBURSEMENTS                                    $830.10

BALANCE DUE THIS INVOICE                              $32,964.60

Duane Morris
December 05, 2013
Page 2

File # F8381-00005                                          INVOICE# 1917155
   HORIZON RIDGE

| DATE TIMEKEEPER | | HOURS | RATE | VALUE |
|---|---|---|---|---|
| 11/4/2013 R CIAMBRONE | DRAFT FINDINGS OF FACT AND CONCLUSIONS OF LAW | 2.00 | 680.00 | $1,360.00 |
| 11/11/2013 R CIAMBRONE | REVIEW OF REVISED FINDINGS AND CONCLUSIONS; CONSIDER ADDITIONAL ITEMS TO INCLUDE IN ORDER | 0.80 | 680.00 | $544.00 |
| 11/12/2013 R CIAMBRONE | DRAFT FINDINGS OF FACT AND CONCLUSIONS OF LAW; SPECIFIC ATTENTION TO FINDINGS REGARDING CONFIRMATION OF OUR OWN PLAN; REVIEW OF BANKRUPTCY CODE REGARDING SAME | 3.00 | 680.00 | $2,040.00 |
| 11/18/2013 R CIAMBRONE | DRAFT SALE PROCEDURES | 1.50 | 680.00 | $1,020.00 |
| 11/19/2013 R CIAMBRONE | DRAFT SALE PROCEDURES | 1.00 | 680.00 | $680.00 |
| 11/19/2013 R CIAMBRONE | DRAFT MOTION TO APPROVE SALE PROCEDURES AND SALE | 1.00 | 680.00 | $680.00 |
| 11/20/2013 R CIAMBRONE | REVIEW OF CHANGES TO ORDER RECEIVED FROM DEBTOR'S COUNSEL; ANNOTATE SAME REGARDING PROPER RESPONSE | 1.00 | 680.00 | $680.00 |
| 11/21/2013 R CIAMBRONE | CALL WITH OPPOSING COUNSEL TO DISCUSS CONFIRMATION ORDER; MAKE REVISIONS TO ORDER TO SUBMIT TO COURT | 1.50 | 680.00 | $1,020.00 |
| 11/26/2013 R CIAMBRONE | DRAFT MOTION TO APPROVE BIDDING PROCEDURES AND SALE | 4.00 | 680.00 | $2,720.00 |
| | Subtotal: | 15.80 | | $10,744.00 |
| | | | | |
| 11/25/2013 GA HEATON | STRATEGY WITH M. OLINS RE | 0.30 | 550.00 | $165.00 |
| 11/26/2013 GA HEATON | REVIEW DRAFT DESIGNATION OF RECORD, COMMENT ON SAME; RESPOND TO FURTHER APPEAL QUESTIONS. | 0.80 | 550.00 | $440.00 |
| | Subtotal: | 1.10 | | $605.00 |
| | | | | |
| 11/1/2013 JR WEISS | READ TRANSCRIPT OF TRIAL AND DRAFT FINDINGS AND CONCLUSIONS RE PLAN CONFIRMATION | 2.00 | 795.00 | $1,590.00 |
| 11/4/2013 JR WEISS | REVIEW APPELLATE RULES FOR DEBTOR'S APPEAL OF CLAIM ORDER (0.6); REVISE FINDINGS AND CONCLUSIONS RE PLAN CONFIRMATION (0.7) | 1.30 | 795.00 | $1,033.50 |
| 11/5/2013 JR WEISS | REVIEW INITIAL RESEARCH ON FINALITY OF CLAIM ORDER FOR APPEAL (0.5); READ TRIAL | 1.10 | 795.00 | $874.50 |

Duane Morris
December 05, 2013
Page 3

File # F8381-00005                                              INVOICE# 1917155
    HORIZON RIDGE

| DATE | TIMEKEEPER | | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| | | TRANSCRIPT FOR JUDGMENT ORDER (0.6) | | | |
| 11/7/2013 | JR WEISS | DRAFT SALE PROCEDURES AND CONFIRMATION ORDER | 1.10 | 795.00 | $874.50 |
| 11/8/2013 | JR WEISS | REVIEW DEADLINES FOR CLAIM APPEAL (0.4); READ TRANSCRIPT OF CLAIM TRIAL FOR APPEAL ISSUES (0.7); REVIEW ISSUES RE (0.4) | 1.50 | 795.00 | $1,192.50 |
| 11/11/2013 | JR WEISS | REVISE FINDINGS OF FACT AND CONCLUSIONS OF LAW RE PLAN CONFIRMATION (5.1); TELEPHONE CONFERENCE WITH B. MILLER RE (0.2) | 5.30 | 795.00 | $4,213.50 |
| 11/13/2013 | JR WEISS | REVISE FINDINGS AND CONCLUSIONS AND DRAFT ORDERS ON DISCLOSURE STATEMENT AND TWO PLANS | 1.50 | 795.00 | $1,192.50 |
| 11/18/2013 | JR WEISS | REVIEW DESIGNATION OF RECORD AND ISSUES ON APPEAL (0.3); REVIEW APPELLATE RULES AND LOCAL RULES OF 9TH CIRCUIT BAP (0.5) | 0.80 | 795.00 | $636.00 |
| 11/19/2013 | JR WEISS | REVIEW AND REVISE SALE PROCEDURES | 0.50 | 795.00 | $397.50 |
| 11/20/2013 | JR WEISS | REVIEW DEBTOR'S REVISIONS TO FINDINGS AND CONCLUSIONS (0.5); TELEPHONE CONFERENCE WITH T. KOZLOWSKI (0.4); REVIEW AND REVISE SALE PROCEDURES (0.8) | 1.70 | 795.00 | $1,351.50 |
| 11/21/2013 | JR WEISS | CONFERENCE CALL WITH DEBTOR'S COUNSEL RE FINDINGS AND CONCLUSIONS (1.4); REVIEW REVISIONS TO SAME (0.5); TELEPHONE CONFERENCE WITH COURT CLERK RE FINDINGS AND CONCLUSIONS AND APPEALS (0.4) | 2.30 | 795.00 | $1,828.50 |
| 11/22/2013 | JR WEISS | DRAFT LISTING AGREEMENT (0.6); TELEPHONE CONFERENCE WITH D. STEFFEN (0.3) | 0.90 | 795.00 | $715.50 |
| 11/25/2013 | JR WEISS | TELEPHONE CONFERENCE WITH D. STEFFEN AND CORR. WITH B. MILLER RE (0.4); REVISE LISTING AGREEMENT (0.1); REVISE FINDINGS AND CONCLUSIONS (0.5) | 1.00 | 795.00 | $795.00 |
| 11/26/2013 | JR WEISS | REVIEW AND REVISE APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL | 0.60 | 795.00 | $477.00 |
| | | Subtotal: | 21.60 | | $17,172.00 |

Duane Morris
December 05, 2013
Page 4

File # F8381-00005                                              INVOICE# 1917155
HORIZON RIDGE

| DATE TIMEKEEPER | | HOURS | RATE | VALUE |
|---|---|---|---|---|
| 11/16/2013 MA OLINS | REVIEW PLAN FOR KEY DAYS; PREPARE CHART. | 1.30 | 495.00 | $643.50 |
| 11/21/2013 MA OLINS | WORK ON APPEAL ISSUES AND SUPPLEMENTAL DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL. | 1.40 | 495.00 | $693.00 |
| 11/22/2013 MA OLINS | WORK ON APPEAL ITEMS. | 0.40 | 495.00 | $198.00 |
| 11/25/2013 MA OLINS | WORK ON APPEAL ISSUES; STRATEGY WITH J. WEISS RE LIMITED RESEARCH RE BAP PROCEDURES; WORK ON DESIGNATION OF ADDITIONAL ITEMS FOR THE RECORD. | 2.90 | 495.00 | $1,435.50 |
| 11/26/2013 MA OLINS | WORK ON APPEAL AND DESIGNATION OF RECORD; BEGIN PLAINING CLAIM SUPPLEMENT. | 1.30 | 495.00 | $643.50 |
| | Subtotal: | 7.30 | | $3,613.50 |

TOTAL SERVICES                                       45.80   $32,134.50

Duane Morris
December 05, 2013
Page 5

File # F8381-00005
    HORIZON RIDGE

INVOICE# 1917155

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|-----|--------|
| 11/15/2013 | LEXIS LEGAL RESEARCH WEISS, JOHN R | | 124.80 |
| | | Total: | $124.80 |
| 11/26/2013 | WESTLAW LEGAL RESEARCH - CIAMBRONE,ROSEANNE | | 412.00 |
| | | Total: | $412.00 |
| 11/30/2013 | PACER FEDERAL DOCKET COSTS | | 63.30 |
| | | Total: | $63.30 |
| 11/08/2013 | FILING FEES AND RELATED ON 11/08/13 - JOHN R. WEISS - 11/8/2013 ADMISSION FEE FOR APPEAL OF CLAIM ORDER | | 230.00 |
| | | Total: | $230.00 |
| | | TOTAL DISBURSEMENTS | $830.10 |

Duane Morris
December 05, 2013
Page 6

File # F8381-00005                                   INVOICE# 1917155
    HORIZON RIDGE

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 02813 | R CIAMBRONE | 15.80 | $10,744.00 |
| 04429 | JR WEISS | 21.60 | $17,172.00 |
| 05550 | MA OLINS | 7.30 | $3,613.50 |
| 04332 | GA HEATON | 1.10 | $605.00 |
| | | 45.80 | $32,134.50 |