# **EXHIBIT 2**

# MCAFinancialGroup

4909 N. 44th Street
Phoenix, Arizona 85018

September 2, 2013                                                                 Invoice #4989

John Robert Weiss
Partner
Duane Morris LLP
190 South LaSalle Street
Suite 3700
Chicago, IL  60603-3433

Email: jrweiss@duanemorris.com

Re:  Invoice for Professional Services – Horizon Ridge

Dear John,

Invoice for professional services rendered for August, 2013, in connection with the above referenced matter.

- Professional Fees                                               $9,387.50
- Out of pocket expenses                                          ---
- Office expenses                                                 281.63

Total due                                                         $9,669.13

Sincerely,


Morris C. Aaron
President

Phone 602.710.2501 / Fax 480.247.4130
E Mail maaron@mca-financial.com
Tax ID No.

# MCAFinancialGroup

4909 N. 44th Street
Phoenix, Arizona 85018

October 3, 2013

Invoice #5029

John Robert Weiss
Partner
Duane Morris LLP
190 South LaSalle Street
Suite 3700
Chicago, IL  60603-3433

Email: jrweiss@duanemorris.com

Re:  Invoice for Professional Services – Horizon Ridge

Dear John,

Invoice for professional services rendered for September, 2013, in connection with the above referenced matter.

|   |   |
|---|---|
| • Professional Fees | $16,595.00 |
| • Out of pocket expenses | 970.35 |
| • Office expenses | 497.85 |
| Total due | $18,063.20 |

Sincerely,


Morris C. Aaron
President