DOMINICA C. ANDERSON (SBN 2988)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: daneighbarger@duanemorris.com

JOHN ROBERT WEISS (IL Bar No. 6190335)
(Admitted *Pro Hac Vice*)
**DUANE MORRIS LLP**
190 South LaSalle, Suite 3700
Chicago, IL 60603
Telephone: 312.499.6700
Facsimile: 312.499.6701
E-Mail: jrweiss@duanemorris.com

Attorneys for Creditor BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF GMAC COMMERCIAL MORTGAGE SECURITIES, INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-C1, ACTING BY AND THROUGH CWCAPITAL ASSET MANAGEMENT LLC, SPECIAL SERVICER

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC,

    Debtor.

Bankruptcy No.: BK-S-12-13906-lbr
Chapter 11

### DECLARATION OF DANIELLE STEFFEN

I, Danielle Steffen, declare and state as follows:

1. I am an individual resident of the State of Nevada. I am over 18 years of age and make this Declaration on my personal knowledge. If called as a witness, I would and could competently testify to the facts contained herein. I submit this Declaration in connection with the Motion of Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial

DM3\2780459.2

Mortgage Pass-Through Certificates, Series 2003-C1, acting by and through CWCapital Asset Management LLC, Special Servicer, For Orders (A) Approving Sale Procedures, (B) Approving Retention of the Broker, (C) Setting a Sale Hearing Date, and (D) Approving the Sale of the Debtor's Assets (the "*Motion*").

2. I am Director – Industrial/Investments of Commerce Real Estate Solutions (the "*Broker*"). My office is located at 3773 Howard Hughes Parkway, Suite 100S, Las Vegas, Nevada. I hold a broker's license for the sale of real estate in Nevada and have ten years of experience in brokering the sale of commercial real estate in the Las Vegas area.

3. Commerce Real Estate Solutions is an experienced commercial real estate broker in Las Vegas with affiliated offices throughout the Western United States, and is an alliance member of Cushman & Wakefield, the largest privately held real estate service firm in the world with 243 offices in 60 countries. The company advises and represents clients on all aspects of property occupancy and investment, and has established a preeminent position in the world's major markets, as evidenced by its frequent involvement in many of the most significant property sales and assignments. Over the past 24 months Commerce Real Estate Solutions has closed over $3.8 billion in sales transactions, and continues to be among the top three brokerage companies nationwide.

4. I have been engaged as a broker or sales agent in two bankruptcy cases in the last nine months.

5. I do not own any interest in, and have never been employed by, Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2003-C1; CWCapital Asset Management LLC; Horizon Ridge Medical & Corporate Center, LLC; Rick Abelson; or Chat Patel.

6. I and the Broker are willing to conduct the marketing program described in the Motion pursuant to the terms of the Listing Agreement attached to the Motion as Exhibit C.

DM3\2780459.2

7.  I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

Dated: January 6, 2014

_____
Danielle Steffen

Subscribed and sworn to before me this

6th day of January, 2014

_____
Notary Public

Laurene Palma
Notary Public / State of Nevada
My Commission Expires: 3-14-2017
Certificate No: 05-95600-1