GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gordonsilver.com
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9065
E-mail: tpilatowicz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| In re: | Case No.: BK-S-12-13906-LBR |
|---|---|
| HORIZON RIDGE MEDICAL & CORPORATE CENTER, L.L.C., | Chapter 11 |
| Debtor. | Date:   February 6, 2014<br>Time:  11:00 a.m. |

**NOTICE OF HEARING ON MOTION TO AMEND OR VACATE ORDERS AND REOPEN EVIDENCE PURSUANT TO FED. R. BANKR. P. 9023 AND 9024**

**NOTICE IS HEREBY GIVEN** that a *Motion to Amend or Vacate Orders and Reopen Evidence Pursuant to Fed. R. Bankr. P. 9023 and 9024* ("Motion") was filed by Horizon Ridge Medical & Corporate Center, L.L.C. ("Debtor") on January 3, 2014 by and through it counsel, the law firm of Gordon Silver.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion by ***January 24, 2014***. Replies to any oppositions filed must be filed and served by ***January 31, 2014***. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

. . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/2163054.doc

> If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Bankruptcy Courtroom No. 4, Las Vegas, Nevada 89101, on February 6, 2014, at the hour of 11:00 a.m.

DATED: January 9, 2014.

                                              GORDON SILVER

                                              By:  */s/ Talitha Gray Kozlowski*
                                                     GERALD M. GORDON, ESQ.
                                                     TALITHA GRAY KOZLOWSKI, ESQ.
                                                     TERESA M. PILATOWICZ, ESQ.
                                                     3960 Howard Hughes Pkwy., 9th Floor
                                                     Las Vegas, Nevada 89169
                                                     Attorneys for Debtor

**Gordon Silver**
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/2163054.doc

2