DOMINICA C. ANDERSON (SBN 2988)
**DUANE MORRIS LLP**
100 North City Parkway, Ste. 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: dcanderson@duanemorris.com

JOHN ROBERT WEISS *(Pro Hac Vice)*
**DUANE MORRIS LLP**
190 South LaSalle Street, Suite 3700
Chicago, IL 60603
Telephone: 312.499.6700
Facsimile: 312.499.6701
E-Mail: jrweiss@duanemorris.com

Attorneys for Creditor Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial MORTGAGE Securities, Inc., Commercial MORTGAGE Pass-Through Certificates, Series 2003-C1, acting by and through CWCapital Asset Management LLC, Special Servicer

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC,<br><br>Debtor. | Case No.   BK-S-12-13906-lbr<br>Chapter   11<br><br>DATE:   February 6, 2014<br>TIME:   11:00 a.m. |

**NOTICE OF HEARING ON BANK OF AMERICA, N.A., AS TRUSTEE'S
(I) SECOND MOTION TO SUPPLEMENT ITS CLAIM AND (II) MOTION
FOR ORDERS (A) APPROVING SALE PROCEDURES, (B) APPROVING
RETENTION OF THE BROKER, (C) SETTING A SALE HEARING DATE,
AND (D) APPROVING THE SALE OF THE DEBTOR'S ASSETS**

PLEASE TAKE NOTICE that Bank of America, N.A., as Trustee's ("*Lender*") (I) Second Motion to Supplement Its Claim (the "*Claim Motion*") and (II) Motion for Orders (A) Approving Sale Procedures, (B) Approving Retention of the Broker, (C) Setting a Sale Hearing Date, and (D) Approving the Sale of the Debtor's Assets (the "*Sale Motion*," and collectively with the Claim Motion, the "*Motions*") were filed on January 7, 2014. The Claim Motion requests that the Court supplement the Lender's unsecured claim by adding $279,752.01 in reasonable fees, costs, and

DM3\2789627.1

NOTICE OF HEARING ON BANK OF AMERICA, N.A., AS TRUSTEE'S (I) SECOND MOTION TO SUPPLEMENT ITS CLAIM AND (II) MOTION FOR ORDERS (A) APPROVING SALE PROCEDURES, (B) APPROVING RETENTION OF THE BROKER, (C) SETTING A SALE HEARING DATE, AND (D) APPROVING THE SALE OF THE DEBTOR'S ASSETS

charges to the Lender's unsecured claim previously ordered and reserving the Lender's right to supplement the Claim Motion at a later date for amounts incurred after November 31, 2013. The Sale Motion requests that this Court approve sale procedures for the sale of the Debtor's assets pursuant to the First Amended Plan of Liquidation for Debtor Horizon Ridge Medical & Corporate Center, LLC, approve the retention of Commerce Real Estate Solutions as broker for the sale of the assets, set a sale hearing date, and approve the sale of the Debtor's assets.

PLEASE TAKE FURTHER NOTICE that the Motions will be heard by a United States Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. S., Courtroom 4 (Second Floor), Las Vegas, NV 89101 on the **6th day of February, 2014 at 11:00 a.m.** The above referenced Motions are on file with and available from the Clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 Las Vegas Blvd. S., Fourth Floor, Las Vegas, NV 89101; online via the Bankruptcy Court's website at www.nvb.uscourts.gov (a PACER account is required); or from the undersigned counsel upon request.

PLEASE TAKE FURTHER NOTICE that any opposition to the requested relief must be filed and served on the movant no later than **January 24, 2014**. Any opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice,
> then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

PLEASE TAKE FURTHER NOTICE that any reply to any opposition must be filed and served no later than **January 31, 2014**.

DM3\2789627.1

2

NOTICE OF HEARING ON BANK OF AMERICA, N.A., AS TRUSTEE'S (I) SECOND MOTION TO SUPPLEMENT ITS CLAIM AND (II) MOTION FOR ORDERS (A) APPROVING SALE PROCEDURES, (B) APPROVING RETENTION OF THE BROKER, (C) SETTING A SALE HEARING DATE, AND (D) APPROVING THE SALE OF THE DEBTOR'S ASSETS

PLEASE TAKE FURTHER NOTICE that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

DATED: January 9, 2014                    DUANE MORRIS LLP


By:  /s/ John Robert Weiss
     John Robert Weiss

Attorneys for Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2003-C1, acting by and through CWCapital Asset Management LLC, Special Servicer

DM3\2789627.1                    3

NOTICE OF HEARING ON BANK OF AMERICA, N.A., AS TRUSTEE'S (I) SECOND MOTION TO SUPPLEMENT ITS CLAIM AND (II) MOTION FOR ORDERS (A) APPROVING SALE PROCEDURES, (B) APPROVING RETENTION OF THE BROKER, (C) SETTING A SALE HEARING DATE, AND (D) APPROVING THE SALE OF THE DEBTOR'S ASSETS