GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gordonsilver.com
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9065
E-mail: tpilatowicz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| In re: | Case No.: BK-S-12-13906-LBR |
|---|---|
| HORIZON RIDGE MEDICAL & CORPORATE CENTER, L.L.C., | Chapter 11 |
| Debtor. | |

### APPELLANT'S SUPPLEMENTAL DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL (NV-13-1533)

Pursuant to Federal Rule of Bankruptcy Procedure 8006 and Local Rule 8006, Appellant Horizon Ridge Medical & Corporate Center, L.L.C. ("Appellant") provides the following supplemental designation of the items to be included in the record on Appellant's appeal from the *Findings of Facts, Conclusions of Law and Order Regarding: (1) Debtor's Objection to Proof of Claim of Bank of America, N.A., Proof of Claim No.2, and (2) Bank of America, N.A. as Trustee's Motion (I) for Allowance of Interest, Fees, Costs and Charges Pursuant to 11 U.S.C. Section 506(b) and (II) to Otherwise Supplement Its Claim* [Case No. 12-13906, ECF No. 313], which was entered on October 22, 2013. The Ninth Circuit Bankruptcy Appellate Panel has assigned case number NV-13-1533 to this Appeal.

Since the timely filing of the *Appellant's Designation of Items for the Record on Appeal (NV-13-1533)* [Case No. 12-13906, ECF No. 326] (the "Initial Designation of Record") filed by Appellant on November 18, 2013, and the corresponding *Appellee's Designation of Additional*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001.0003/2166240.doc

*Items for the Record on Appeal (B.A.P. No. NV-13-1533)* [Case No. 12-13906, ECF No. 328] filed on December 2, 2013 by *GMAC* Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2003-C1, acting by and through CWCapital Asset Management LLC, Special Services ("Appellee"), on January 6, 2014, Appellee filed *Bank of America, N.A., as Trustee's Second Motion to Supplement Its Claim* (the "Second Fees Motion"), which pleading is also relevant to this Appeal.

Thus, in addition to the designated pleadings set forth in Section A of the Initial Designation of Record, Appellant also designates:

| Date Filed | ECF No./Claim No. | Description |
|---|---|---|
| 01/06/2014 | 365 | *Bank of America, N.A., as Trustee's Second Motion to Supplement Its Claim* |

DATED this 13th day of January, 2014.

GORDON SILVER

By: */s/ Talitha Gray Kozlowski*
GERALD M. GORDON, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
TERESA M. PILATOWICZ, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for Debtor

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001.0003/2166240.doc

2