GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gordonsilver.com
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
*Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re: | Case No.: BK-S-12-13906-LBR |
|---|---|
| HORIZON RIDGE MEDICAL & CORPORATE CENTER, L.L.C., | Chapter 11 |
| Debtor. | |
| | Date:   January 17, 2014<br>Time:  1:30 p.m. |

## NOTICE OF DEPOSITION OF DANIELLE STEFFEN

TO:   DANIELLE STEFFEN

PLEASE TAKE NOTICE that on the 17th day of January, 2014, at 1:30 p.m., at the law offices of Gordon Silver, located at 3773 Howard Hughes Parkway, 3rd Floor, Las Vegas, Nevada, 89169, Horizon Ridge Medical & Corporate Center, L.L.C., by and through its undersigned counsel, will take the deposition of Danielle Steffen regarding all matters pertaining to *Bank of America, N.A., as Trustee's Motion for Orders (a) Approving Sale Procedures, (b) Approving Retention of the Broker, (c) Setting a Sale Hearing Date, and (d) Approving the Sale of the Debtor's Assets* [ECF No. 367], upon oral examination, pursuant to Fed. R. Civ. P. 30, made applicable to the above-captioned proceeding pursuant to Fed. R. Bankr. P. 7030 and 9014, before a Notary Public, or before some other officer authorized by the law to administer oaths.

. . .

. . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/2162718.doc

1  Oral examination, if not completed on the specified date, will continue from day to day, excluding Sundays and Holidays, until completed. The testimony of the deposition will be recorded via stenographic means.

DATED this 14th day of January, 2014.

                                    GORDON SILVER

                                    By:  */s/ Talitha Gray Kozlowski*
                                          GERALD M. GORDON, ESQ.
                                          TALITHA GRAY KOZLOWSKI, ESQ.
                                          TERESA M. PILATOWICZ, ESQ.
                                          3960 Howard Hughes Pkwy., 9th Floor
                                          Las Vegas, Nevada 89169
                                          *Attorneys for Debtor*

**Gordon Silver**
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/2162718.doc

2