GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gordonsilver.com
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9065
E-mail: tpilatowicz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>HORIZON RIDGE MEDICAL & CORPORATE CENTER, L.L.C.,<br><br>Debtor. | Case No.: BK-S-12-13906-LBR<br>Chapter 11<br><br>Date: N/A<br>Time: N/A |

**<u>NOTICE OF APPEAL</u>**

Horizon Ridge Medical & Corporate Center, L.L.C. ("<u>Debtor</u>") appeals under 28 U.S.C. § 158(a) and Rule 8001 of the Federal Rules of Bankruptcy Procedure from the *Order Conditionally Granting Confirmation of the Plan of Liquidation for Debtor Horizon Ridge Medical & Corporate Center, LLC by Creditor Bank of America, N.A. as Trustee* and the *Memorandum Decision Conditionally Granting Confirmation of the Plan of Liquidation for Debtor Horizon Ridge Medical & Corporate Center, LLC by Creditor Bank of America, N.A. as Trustee* entered in this bankruptcy proceeding on the 3rd day of January, 2014 [ECF Nos. 357 and 356], copies of which are attached hereto as **Exhibit "1" and Exhibit "2."**

The names of all parties to the orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

. . .

. . .

. . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/2160084.doc

APPELLANT:

*Horizon Ridge Medical & Corporate Center, L.L.C.*
GERALD M. GORDON, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
TERESA M. PILATOWICZ, ESQ.
**Gordon Silver**
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89169
Telephone: 702.796.5555
Facsimile: 702.369.2666
E-Mail: ggordon@gordonsilver.com
E-Mail: tgray@gordonsilver.com
E-Mail: tpilatowicz@gordonsilver.com

APPELLEE:

*Bank of America, N.A., successor by merger
to LaSalle Bank National Association, as trustee
for the registered holders of GMAC Commercial
Mortgage Securities, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2003-C1, acting
by and through CWCapital Asset Management, LLC,
as Special Servicer*
DOMINICA C. ANDERSON, ESQ.
**Duane Morris LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: dcanderson@duanemorris.com

JOHN ROBERT WEISS, ESQ.
*Admitted Pro Hac*
**Duane Morris LLP**
190 South LaSalle Street, Suite 3700
Chicago, IL 60603
Telephone: 312.499.6700
Facsimile: 312.499.6701
Email: jrweiss@duanemorris.com

DATED this 15th day of January, 2014.

                                  GORDON SILVER

                              By:  */s/ Talitha Gray Kozlowski*
                                  GERALD M. GORDON, ESQ.
                                  TALITHA GRAY KOZLOWSKI, ESQ.
                                  TERESA M. PILATOWICZ, ESQ.
                                  Attorneys for Debtor

**Gordon Silver**
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/2160084.doc

2