# EXHIBIT 1

# EXHIBIT 1



_____
Honorable Lloyd King
United States Bankruptcy Judge

**Entered on Docket**
**January 03, 2014**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: ) | Case No.: BK-S-12-13906 BTB |
| ) | |
| HORIZON RIDGE MEDICAL & ) | Chapter 11 |
| CORPORATE CENTER, L.L.C., ) | |
| ) | Date: September 16 & 17, 2013 |
| Debtor. ) | |
| _____ ) | |

### ORDER CONDITIONALLY GRANTING CONFIRMATION OF THE PLAN OF LIQUIDATION FOR DEBTOR HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC BY CREDITOR BANK OF AMERICA, N.A. AS TRUSTEE

For the reasons set forth in the Memorandum Decision Conditionally Granting Confirmation Of The Plan of Liquidation For Debtor Horizon Ridge Medical & Corporate Center LLC By Creditor Bank of America, N.A. As Trustee entered concurrently herewith, confirmation of Lender's Plan [ECF No. 126] is **CONDITIONALLY GRANTED**, provided that Bank of America, N.A. as Trustee files a modified plan of reorganization reflecting the three modifications set forth in the Memorandum Decision, specifically: 1) the Payment date for General Unsecured Creditors is changed to reflect the Effective Date rather than the Closing Date; 2) that the exculpation provision for the Lender, Plan Administrator and their various unnamed representatives be removed from the

plan; and, 3) that the court, not the Plan Administrator, will review and approve all of the professional fees.

The Lender's modified Plan must be filed on or before the 5:00 pm on Monday February 3, 2013, Pacific Time.  Absent docketing of such a modified Plan, confirmation of the Lender's Plan is and will be **DENIED**, based upon Lender's impairment of the General Unsecured Class by not paying them in full on the Effective date of the Plan, Lender's attempts to overreach and have its Plan Administrator assume the court's duties under the code with respect to the review and approval of professional fees, and inclusion of a prohibited exculpation provision regarding the Lender, Plan Administrator and their various representatives.

**IT IS SO ORDERED**


   Copies noticed through CM/ECF to:

DOROTHY G. BUNCE on behalf of Interested Party Rick Abelson
    1bankruptcy@cox.net

TALITHA GRAY KOZLOWSKI on behalf of Debtor HORIZON RIDGE
    MEDICAL & CORPORATE CENTER, LLC
    bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com

KIRK D. HOMEYER on behalf of Debtor HORIZON RIDGE MEDICAL &
    CORPORATE CENTER, LLC

BANKRUPTCYNOTICES@GORDONSILVER.COM,

BKNOTICES@GORDONSILVER.COM

TERESA M. PILATOWICZ on behalf of Debtor HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC Bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

U.S. TRUSTEE - LV - 11, 11

USTPRegion17.lv.ecf@usdoj.gov

JOHN ROBERT WEISS on behalf of Interested Party BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE jrweiss@duanemorris.com, maolins@duanemorris.com; jjohnson3@duanemorris.com

MATTHEW C. ZIRZOW on behalf of Debtor HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC mzirzow@lzlawnv.com, susan@lzlawnv.com; tiffany@lzlawnv.com; carey@lzlawnv.com; mary@lzlawnv.com

and sent to BNC to:

All parties on BNC mailing list

# # #