DOMINICA C. ANDERSON (SBN 2988)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: dcanderson@duanemorris.com

JOHN ROBERT WEISS (IL Bar No. 6190335)
(Admitted *Pro Hac Vice*)
**DUANE MORRIS LLP**
190 South LaSalle, Suite 3700
Chicago, IL 60603
Telephone: 312.499.6700
Facsimile: 312.499.6701
E-Mail: jrweiss@duanemorris.com

Attorneys for Creditor BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF GMAC COMMERCIAL MORTGAGE SECURITIES, INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-C1, ACTING BY AND THROUGH CWCAPITAL ASSET MANAGEMENT LLC, SPECIAL SERVICER

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC,<br><br>Debtor. | Case No.    BK-S-12-13906-btb<br>Chapter    11 |

**APPELLEE'S SUPPLEMENTAL DESIGNATION OF ADDITIONAL ITEMS**
**FOR THE RECORD ON APPEAL (B.A.P. NO. NV-13-1533)**

Appellee Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2003-C1, acting by and through CWCapital Asset Management LLC, Special Servicer ("*Appellee*") hereby supplements its Designation of Additional Items for the Record on Appeal (B.A.P. No. NV-13-1533) [Docket No. 328] ("*Appellee's Initial*

*Designation*"), and designates the additional items listed below to be included in the record on appeal filed by Appellant Horizon Ridge Medical & Corporate Center, L.L.C. ("*Appellant*") from the Findings of Fact, Conclusions of Law and Order Regarding: (1) Debtor's Objection to Proof of Claim of Bank of America, N.A., Proof of Claim No. 2 and (2) Bank of America, N.A. as Trustee's Motion (I) for Allowance of Interest, Fees, Costs and charges Pursuant to 11 U.S.C. § 506(b) and (II) to otherwise supplement its Claim [Docket No. 313], which was entered on October 22, 2013. The Bankruptcy Appellate Panel for the Ninth Circuit has assigned case number NV-13-1533 to this appeal.

Since the timely filing of Appellee's Initial Designation, this Court issued its Orders and Memorandum Decisions included in the designations listed below, which are also relevant to the appeal. Thus, in addition to the items designated in Appellee's Initial Designation, Appellee also designates the following additional Bankruptcy Court Docket items:

| Date Filed | Docket No. | Description |
|---|---|---|
| 12/20/2013 | 349 | Memorandum Decision Concerning Denial of Confirmation of Debtor's Second Amended Plan of Reorganization |
| 12/20/2013 | 353 | Order Denying Confirmation of Debtor's Second Amended Plan of Reorganization |
| 01/03/2014 | 356 | Memorandum Decision Conditionally Granting Confirmation of the Plan of Liquidation for Debtor Horizon Ridge Medical & Corporate Center, LLC By Creditor Bank of America, N.A. as Trustee |
| 01/03/2014 | 357 | Order Conditionally Granting Confirmation of the Plan of Liquidation for Debtor Horizon Ridge Medical & Corporate Center, LLC By Creditor Bank of America, N.A. as Trustee |

1  DATED: January 31, 2014				DUANE MORRIS LLP

2

3							By: /s/ John Robert Weiss
							John Robert Weiss

4							Attorneys for Bank of America, N.A., successor by
							merger to LaSalle Bank National Association, as trustee
5							for the registered holders of GMAC Commercial
							Mortgage Securities, Inc., Commercial Mortgage Pass-
6							Through Certificates, Series 2003-C1, acting by and
							through CWCapital Asset Management LLC, Special
7							Servicer