DOMINICA C. ANDERSON (SBN 2988)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: daneighbarger@duanemorris.com

JOHN ROBERT WEISS (IL Bar No. 6190335)
(Admitted *Pro Hac Vice*)
**DUANE MORRIS LLP**
190 South LaSalle, Suite 3700
Chicago, IL 60603
Telephone: 312.499.6700
Facsimile: 312.499.6701
E-Mail: jrweiss@duanemorris.com

Attorneys for Creditor BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF GMAC COMMERCIAL MORTGAGE SECURITIES, INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-C1, ACTING BY AND THROUGH CWCAPITAL ASSET MANAGEMENT LLC, SPECIAL SERVICER

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC,<br><br>Debtor. | Bankruptcy No.: BK-S-12-13906-btb<br>Chapter 11 |

**DECLARATION OF ROSANNE CIAMBRONE IN SUPPORT OF BANK OF AMERICA, N.A., AS TRUSTEE'S REPLY IN SUPPORT OF ITS MOTION FOR ORDERS (A) APPROVING SALE PROCEDURES, (B) APPROVING RETENTION OF THE BROKER, (C) SETTING A SALE HEARING DATE, AND (D) APPROVING THE SALE OF THE DEBTOR'S ASSETS**

I, Rosanne Ciambrone, declare and state as follows:

1.  I am over the age of 18 and am mentally competent. I have personal knowledge of the facts in this matter and if called as a witness, I would and could competently testify to the facts

1. contained herein.

2. I am a partner in the law firm of Duane Morris, LLP, counsel to the Lender, Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2003-C1, acting by and through CWCapital Asset Management LLC, Special Servicer, in this case.

3. I submit this Declaration in connection with the Motion of Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2003-C1, acting by and through CWCapital Asset Management LLC, Special Servicer, For Orders (A) Approving Sale Procedures, (B) Approving Retention of the Broker, (C) Setting a Sale Hearing Date, and (D) Approving the Sale of the Debtor's Assets.

4. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the deposition transcript of Danielle Steffen conducted on January 17, 2013 and recorded by Vanessa Lopez, CCR No. 902, of Litigation Services & Technologies.

5. I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

Dated: Jan. 31, 2014

_____
Rosanne Ciambrone

Subscribed and sworn to before me this

31st day of January, 2014

_____
Notary Public

OFFICIAL SEAL
JACQUELINE JOHNSON
Notary Public - State of Illinois
My Commission Expires Sep 22, 2014

2

DM3\2806513.1