DOMINICA C. ANDERSON (SBN 2988)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: daneighbarger@duanemorris.com

JOHN ROBERT WEISS (IL Bar No. 6190335)
(Admitted *Pro Hac Vice*)
**DUANE MORRIS LLP**
190 South LaSalle, Suite 3700
Chicago, IL 60603
Telephone: 312.499.6700
Facsimile: 312.499.6701
E-Mail: jrweiss@duanemorris.com

Attorneys for Creditor BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF GMAC COMMERCIAL MORTGAGE SECURITIES, INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-C1, ACTING BY AND THROUGH CWCAPITAL ASSET MANAGEMENT LLC, SPECIAL SERVICER

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC,<br><br>Debtor. | Bankruptcy No.: BK-S-12-13906-lbr<br>Chapter 11 |

### DECLARATION OF DANIELLE STEFFEN

I, Danielle Steffen, declare and state as follows:

1. I am an individual resident of the State of Nevada. I am over 18 years of age and make this Declaration on my personal knowledge. If called as a witness, I would and could competently testify to the facts contained herein. I submit this Declaration in connection with the Motion of Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial

DM3\2807780.2

Mortgage Pass-Through Certificates, Series 2003-C1, acting by and through CWCapital Asset Management LLC, Special Servicer, For Orders (A) Approving Sale Procedures, (B) Approving Retention of the Broker, (C) Setting a Sale Hearing Date, and (D) Approving the Sale of the Debtor's Assets (the "*Motion*").

2. I am Director – Industrial/Investments of Commerce Real Estate Solutions (the "*Broker*"). My office is located at 3773 Howard Hughes Parkway, Suite 100S, Las Vegas, Nevada. I hold a broker's license for the sale of real estate in Nevada and have ten years of experience in brokering the sale of commercial real estate in the Las Vegas area.

3. I have reviewed the Opposition of Horizon Ridge Medical & Corporate Center, LLC to the Motion.

4. I believe that the appropriate marketing period for the Debtor's Assets (as defined in the Motion) is six to eight weeks. The marketing period would commence after due diligence and marketing materials were prepared, and marketing materials sent to prospective purchasers. This timing has due diligence built in to marketing period, as all requisite due diligence will be complete and ready for prospective purchasers to review before marketing begins. Due diligence is built into the marketing period for an auction sale and not tacked on at the end of a marketing period as it would be in a non-auction scenario.

5. In the case of the Assets, it is preferable to begin the marketing and sale as quickly as possible. Because of the nature of the Debtor's leases, time is not on the Debtor's side. Of the 16 suites that are occupied by tenants (there are 18 total suites, with one leasing office and one conference room), four expire in 2014, two more in April of 2015, and one in October of 2015. If these leases are considered on a square foot basis, leases for 9,610 square feet of space (of a total of 26,627 square feet of space), or 37% of the property, will expire in the next fifteen months. There are three other leases on a month-to-month. As the expiration of these lease terms approaches, the Assets are devalued, and an investor will require a higher capitalization rate to minimize the risk. The sales price will not increase.

DM3\2807780.2

6.      Given the nature of this property, a longer marketing period to allow prospective purchasers additional time to obtain financing is not necessary. In my experience with investment properties like the property, prospective purchasers are cash buyers and financing does not come into play.

7.      As to the new leases, in my experience, they will not increase the value of the property. The leases for Suites 102 and 105 have been filed under seal, as well as the lease addenda for Suites 200 and 203. However, I have reviewed the Debtor's November 2013 Rent Roll. The November 2013 Rent Roll reveals that the rent for Suite 205 is $1.22 per square foot modified gross, which is 34% below market value. According to the Cushman & Wakefield Fourth Quarter 2013 Office Market Report market rates for a Class B Office Building such as the property is $1.85/SF on a gross basis ($1.35/SF on a net basis). The rent for Suite 205 is also below the rents received for leases completed in 2010 and 2011.

8.      The property is an income producing property; in my experience, additional leases at below market rents will not increase the price for which it will sell.

9.      I have reviewed the Opposition in which the Debtor argues that the value of the property has increased because the net operating income of the property has increased by approximately $3,700 (from $341,654 to $345,352). This is $308 per month. I do not believe that this small increase in monthly rent will translate to a higher bid at an auction. Because it may signal that the new leases are below market value (which would be consistent with the lease for Suite 205), it may actually harm value at an auction. New leases at below market value will not increase value after a longer marketing period.

10.     Even though the real estate market may be improving to the extent that there is a higher volume of sale and lease transactions, this does not translate to an increase in sales or lease prices. Volume is increasing because properties are discounted.

11.     I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

DM3\2807780.2

1 | Dated: January 31, 2014

_____
Danielle Steffen

4 | Subscribed and sworn to before me this
5 | 31st day of January, 2014

_____
Notary Public

Laurene Palma
Notary Public / State of Nevada
My Commission Expires: 3-14-2017
Certificate No: 05-95600-1

4

DM3\2807780.2