# EXHIBIT 1

# EXHIBIT 1

1

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

LAS VEGAS, NEVADA

| | | |
|---|---|---|
| In re: HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC, | ) ) ) | E-Filed: 10/08/13 |
| Debtor. | ) ) ) | Case No. BK-S-12-13906-LBR Chapter 11 |

TRANSCRIPT OF PROCEEDINGS
OF
HEARING RE: MOTIONS
VOLUME 2
P.M. SESSION
BEFORE THE HONORABLE JUDGE KING
UNITED STATES BANKRUPTCY JUDGE

Tuesday, September 17, 2013

9:30 a.m.

Court Recorder:      Deborah Hemstreet

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

Cline Transcription Services (702)644-1123

2

```
 1  APPEARANCES:
 2  For the Debtor:        TERESA M. PILATOWICZ, ESQ.
                           TALITHA KOZLOWSKI, ESQ.
 3
 4  For Bank of America:   JOHN WEISS, ESQ.
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1    (Colloquy not on the record.)
2    MS. KOZLOWSKI: Your Honor, in an effort to save any
3    further testimony, the leases -- as Mr. Abelson testified this
4    morning, the lease was being signed. It has, in fact, been
5    signed.
6    The parties will stipulate that it has been signed, so we
7    don't have to waste any time bringing Mr. Abelson up to
8    actually testify that the new lease has been signed if that's
9    acceptable to the Court.
10   THE COURT: Yes.
11   MS. KOZLOWSKI: Okay.
12   MR. WEISS: Your Honor, that's fine with me. I've
13   seen the document. I've seen the signatures on the document.
14   I haven't had a chance to study it to see whether it matches
15   the testimony that was earlier given, so we're not actually
16   putting the document into evidence, but I --
17   THE COURT: Right. You're --
18   MR. WEISS: -- have seen --
19   THE COURT: -- just stipulating that the new lease as
20   to which Mr. Abelson testified has, in fact, been signed by the
21   parties.
22   MR. WEISS: Yes. But I have no idea whether it
23   actually matches what he testified about, but there is a lease
24   that's been signed. Yes. I can see that.
25   MS. KOZLOWSKI: As far as a housekeeping matter,

1    I certify that the foregoing is a correct transcript
2    from the electronic sound recording of the proceedings in
3    the above-entitled matter.
4
5
6    /s/ Biljana Garotic                    10/08/13
7    Biljana Garotic, Transcriptionist       Date

# Vicki L. DiMaio

**From:** Talitha Gray Kozlowski
**Sent:** Friday, January 31, 2014 10:21 AM
**To:** Vicki L. DiMaio
**Subject:** HRMC

I need a request for judicial notice to attach an excerpt from the transcript from volume 2 of the transcript for the 9/17 hearing.  Use the same format as the other one we did.

*[handwritten: 1:35 pm]*

1