# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number 12–13906–btb
Chapter 11
Appeal Reference Number 14–09
BAP Number NV–14–1026
USDC Number

In re:
HORIZON RIDGE MEDICAL & CORPORATE
CENTER, LLC

        Debtor(s).

---

HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC , Appellant(s)

vs

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF GMAC COMMERCIAL MORTGAGE SECURITIES, INC., COMMERCIAL MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2003C1, ACTING BY AND THROUGH CWCAPITAL ASSET MANAGEMENT, LLC, AS SPECIAL SERVICER , Appellee(s)

---

### CERTIFICATE OF READINESS

TO:   ☑ CLERK OF THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
        ☐ CLERK OF THE UNITED STATES DISTRICT COURT

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of Record, and transcripts have been filed, and the record on appeal is complete. The record will be so transmitted upon request from the Clerk of the Bankruptcy Appellate Panel of the 9th Circuit.

Dated: 2/3/14
                                                   BY THE COURT

                                                   Mary A. Schott
                                                   Clerk of the Bankruptcy Court