DOMINICA C. ANDERSON (SBN 2988)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: dcanderson@duanemorris.com

JOHN ROBERT WEISS (IL Bar No. 6190335)
(Admitted *Pro Hac Vice*)
**DUANE MORRIS LLP**
190 South LaSalle, Suite 3700
Chicago, IL 60603
Telephone: 312.499.6700
Facsimile: 312.499.6701
E-Mail: jrweiss@duanemorris.com

Attorneys for Creditor BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF GMAC COMMERCIAL MORTGAGE SECURITIES, INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-C1, ACTING BY AND THROUGH CWCAPITAL ASSET MANAGEMENT LLC, SPECIAL SERVICER

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) |
| | ) Case No.   BK-S-12-13906-btb |
| HORIZON RIDGE MEDICAL & | ) Chapter   11 |
| CORPORATE CENTER, LLC, | ) |
| | ) |
| Debtor. | ) |
| | ) |

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS**
**FOR THE RECORD ON APPEAL**
**(B.A.P. NO. NV-14-1026)**

Appellee Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2003-C1, acting by and through CWCapital Asset Management LLC, Special Servicer ("*Appellee*") hereby designates the additional items listed below to be included in the record on appeal filed by Appellant Horizon Ridge Medical & Corporate

Center, L.L.C. ("*Appellant*") from the Memorandum Decision Conditionally Granting Confirmation of the Plan of Liquidation for Debtor Horizon Ridge Medical & Corporate Center, L.L.C. by Creditor Bank of America, N.A. as Trustee [ECF No. 356] and Order Conditionally Granting Confirmation of the Plan of Liquidation for Debtor Horizon Ridge Medical & Corporate Center, L.L.C. by Creditor Bank of America, N.A. as Trustee [ECF No. 357], which were entered on January 3, 2014. The Bankruptcy Appellate Panel for the Ninth Circuit has assigned case number NV-14-1026 to this appeal.

A.   **Additional Bankruptcy Court Docket Designations**

The following additional designations are filings in the above captioned bankruptcy case, and include all documents filed within the specified docket numbers:

| Date Filed | Docket No. | Description |
| --- | --- | --- |
| 07/23/2012 | 2-1 | Claim #2 filed by Bank of America, N.A., as trustee, Amount Claimed: $4,122,364.40 |
| 04/02/2012 | 1 | Chapter 11 Voluntary Petition |
| 04/10/2012 | 11 | Amended Voluntary Petition |
| 04/10/2012 | 12 | List of Equity Security Holders |
| 04/10/2012 | 13 | Amended Schedule[s] A, Real Property Amount: $3,750,000, B, Personal Property Amount: $197,806.27, D, Creditors Holding Secured Claims Amount: $3,950,000, F, Creditors Holding Unsecured Nonpriority Claims Amount: $8,472.75, G, summary of Schedules, Declaration Concerning Debtor[s] Schedules |
| 04/10/2012 | 15 | Amended Statement of Financial Affairs |
| 05/11/2012 | 40 | Motion to Prohibit Cash Collateral Use Filed by Brian A. Neighbarger on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Attachments; #1 Exhibit A Part 1 #2 Exhibit A Part 2# 3 Exhibit A Part 3 #4 Exhibit B #5 Exhibit C) |
| 05/15/2012 | 42 | Declaration of: Benjamin C. Miller Filed by Brian A. Neighbarger on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 41 Objection filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee) |

| Date Filed | Docket No. | Description |
|---|---|---|
| 06/11/2012 | 55 | Agreed Order Regarding Use of Cash Collateral and Granting Adequate Protection (Related document(s) 53 Stipulation filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee) |
| 08/21/2012 | 71 | Notice of Hearing Hearing Date: 09/26/2012 Hearing Time: 2:00 p.m. Filed by Brian A. Neighbarger on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 70 Motion for Approval of Procedures filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank national Association, As Trustee) |
| 09/04/2012 | 81 | Objection to Claim 2 of Bank of America in the amount of $4,122,364.44 with Proposed Order Filed by Efrem A. Rosenfeld on behalf of Horizon Ridge Medical & Corporate Center, LLC (Attachments: #1 Exhibit Exhibits #2 Exhibit Proposed Order) |
| 09/20/2012 | 93 | Declaration of: Benjamin C. Miller Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor By Merger to LaSalle Bank National Association, as Trustee (Related document(s) 90 Objection filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee) (Attachments: #1 Exhibit A Part 1 #2 Exhibit A Part 2 #3 Exhibit A Part 3 #4 Exhibit A Part 4 #5 Exhibit A Part 5 #5 Exhibit A Part 6 #7 Exhibit A Exhibit A Part 10 # 11 Exhibit A part 11 #12 Exhibit A Part 12 #13 Exhibit A Part 13# 14 Exhibit A Part 14 #15 Exhibit A Part 15 #16 Exhibit A Part 16# 17 Exhibit A Part 17 #18 Exhibit A Part 18 #19 Exhibit A Part 19 #20 Exhibit A Part 20 #21 Exhibit B) |
| 09/25/2012 | 96 | Chapter 11 Plan of Reorganization #1 of Debtor Filed by Efrem A. Rosenfeld on behalf of Horizon Ridge Medical & Corporate Center, LLC |
| 09/25/2012 | 97 | Disclosure Statement Filed by Efrem A. Rosenfeld on behalf of Horizon Ridge Medical & Corporate Center, LLC (Attachments: #1 – Exhibit A – Plan of Reorg #2 Exhibit B – List of Property and Debts #3 Exhibit C – Liquidation Analysis #4 Exhibit D – Cash Flow Analysis #5 Exhibit E – List of Executory Contracts #6 – Exhibit F - Definitions |
| 09/25/2012 | 98 | Motion for Approval of Procedures for Plan Voting with Proposed Order with Certificate of Service filed by Efrem A. Rosenfeld on behalf of Horizon Ridge Medical & Corporate Center, LLC (Attachments: #1 Exhibit A – Ballots #2 Exhibit B – Notice of Solicitation #3 Exhibit Proposed Order |

| Date Filed | Docket No. | Description |
|---|---|---|
| 10/10/2012 | 108 | Order Denying Debtor's Objection to Claim Filed by Bank of America (Related document(s) 81 |
| 10/10/2012 | 109 | Order Denying Motion to Value Collateral and Strip Lien (Related document(s) 62) |
| 10/10/2012 | 110 | Order Denying Debtor's Motion to Dismiss Voluntary Petition (Related document(s) 75 |
| 10/15/2012 | 124 | Notice of Withdrawal (I) Motion of the Debtor for the Entry of an Order: (i) Approving the Disclosure Statement; (II) Approving the Form of Ballots and Proposed Solicitation and Tabulation Procedures; (iii) Fixing the Voting Deadline with Respect to the Debtors Chapter 11 Plan; (v) Prescribing the Form and Manner of Notice Thereof; (v) Fixing the Las Date for Filing Objections to the Chapter 11 Plan; (iv) Scheduling a Hearing to Consider Confirmation of the Chapter 11 Plan; and (vii) Appointing Efrem A. Rosenfeld, Esq. as Solicitation and Tabulation Agent; and (II) Vacation of Hearing Filed by Talitha B. Gray on behalf of Horizon Ridge Medical & Corporate Center, LLC (Related document(s) 98 Motion for Approval of Procedures filed by Debtor Horizon Ridge Medical & Corporate Center, LLC |
| 10/22/2012 | 131 | Objection [Combined Objection] filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 117 Miscellaneous Application filed by Debtor Horizon Ridge Medical & Corporate Center, 119 Miscellaneous Application filed by Debtor Horizon Ridge Medical & Corporate Center, LLC) |
| 10/22/2012 | 134 | Certificate of Service Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 131 Objection filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee, 132 Objection filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee, 133 Objection filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association |

| Date Filed | Docket No. | Description |
|---|---|---|
| 10/26/2012 | 136 | Reply to Combined Objection of Bank of America, N.A. as Trustee to: (1) Debtor's Motion for Order Pursuant to Local Rule 3017(b) (I) Conditionally Approving Proposed Disclosure Statement to Accompany Debtors Amended Plan of Reorganization; and (II) Setting a Hearing on Confirmation of Debtor's Plans and Related Deadlines; and (2) Motion to Alter, Amend, or Grant Relief from Order Granting the Motion of Bank of America, N.A. as Trustee for Entry of an Order (I) Confirming That No Disclosure Statement is Required, and (II) Approving Proposed Noticing and Objection Procedures With Respect to the Proposed Plan of Liquidation for the Debtor Filed by Talitha B. Gray on behalf of Horizon Ridge Medical & Corporate Center, (Related document(s) 117 Miscellaneous Application filed by Debtor Horizon Ridge Medical & Corproate Center, LLC, 119 Miscellaneous Application filed by Debtor Horizon Ridge Medical & Corporate Center, LLC |
| 10/26/2012 | 137 | Supplemental Declaration Of: Dr. Rick Abelson in Support of Debtor's Retention Application Filed by Talitah B. Gray on behalf of Horizon Ridge Medical & Corporate Center, LLC (Related document(s) 111 Application to Employ filed by Debtor Horizon Ridge Medical & Corporate Center, LLC, 113 Application to Employ filed by Debtor Horizon Ridge Medical & Corporate Center, LLC, 118 Declaration filed by Debtor Horizon Ridge Medical & Corporate Enter, LLC |
| 10/30/2012 | 142 | Second Declaration of: supplemental Declaration of Dr. Rick Abelson in Support of Debtor's Retention Applications Filed by Talitha B. Gray on behalf of Horizon Ridge Medical & Corporate Center, LLC (Related document(s) 111 Application to Employ filed by Debtor Horizon Ridge Medical & Corporate Center, LLC, 113 Application to Employ filed by Debtor Horizon Ridge Medical & Corporate Center, 118 Declaration filed by Debtor Horizon Ridge Medical & Corporate Center, LLC |
| 11/19/2012 | 165 | Certificate of Service Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 126 Chapter 11 Plan #1 filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee, 152 Order, Scheduling Order, 161 Notice of Hearing filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee |
| 11/19/2012 | 166 | Certificate of Service Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 164 Notice of Hearing (IRS) filed by Interested Party Bank of America, N.A. as Successor By Merger to LaSalle Bank National Association, As Trustee) |

| Date Filed | Docket No. | Description |
|---|---|---|
| 11/20/2012 | 167 | Notice of Entry of Order Confirming that No Disclosure Statement is Required and Approving Proposed Noticing and Objection Procedures with Respect to the Proposed Plan of Liquidation for the Debtor Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee |
| 11/20/2012 | 168 | Certificate of Service Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 167, Notice of Entry of Order filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association |
| 11/21/2012 | 170 | Amended Schedule[s] A, Real Property Amount: $4,250,000.00, B, Personal Property Amount: $0.00, Filed by Talitha Gray Kozlowski on behalf of Horizon Ridge Medical & Corporate Center, LLC |
| 08/19/2013 | 268 | Notice of Hearing Hearing Date: 09/16/2013 Hearing Time: 9:30 a.m. Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor By Merger to LaSalle Bank National Association, as Trustee (Related document(s) 267 Motion to Allow Claims or Interests filed by Interested Party Bank of America, N.A. as Successor By Merger to LaSalle Bank National Association, as Trustee |
| 08/19/2013 | 269 | Certificate of Service Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor By Merger to LaSalle Bank National Association, as Trustee (Related document(s) 267 Motion to Allow Claims or Interests filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee, 268 Notice of Hearing filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee) |
| 08/20/2013 | 270 | Hearing Scheduled/Rescheduled. Hearing scheduled 9/16/2013 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.. (Related document(s) 267 Motion to Allow Claims or Interests filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee |
| 09/09/2013 | 279 | Certificate of Service Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (related document (s) 276 Objection filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee, 277 Motion to Exceed Page Limit filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee, 278 Objection filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee |

| Date Filed | Docket No. | Description |
|---|---|---|
| 09/13/2013 | 287 | Certificate of Service Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 286 Reply filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee |
| 09/30/2013 | 303 | Order Approving Stipulation Extending Time To File Post-Confirmation Briefs (Related document(s) 302 Stipulation filed by Debtor Horizon Ridge Medical & Corporate Center, LLC |
| 10/11/2013 | 305 | Order Authorizing Bank of America, N.A., as Trustee to File Brief in Excess of Page Limit (Related document(s) 304) |
| 10/30/2013 | 314 | Transcript regarding Hearing Held on 10/22/13. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Cline Transportation Services, Inc., Telephone number (702) 644-1123. Purchasing Party: Vicky DiMaio. Redaction Request Due By 11/20/2013. Redacted Transcript Submission Due by 12/2/2013. Transcript access will be restricted through 01/28/2014 |
| 11/18/2013 | 326 | Appellant Designation of Record. Appeal Reference # 13-38 BAP # NV-13-1533 Appellant's Designation of Items for the Record on Appeal Filed by Talitha Gray Kozlowski on behalf of Horizon Ridge Medical & Corporate Center, LLC |
| 11/18/2013 | 327 | Appellant Statement of Issues. Appeal Reerence # 13-38 BAP # NV-13-1533 Filed by Talitha Gray Kozlowski on behalf of Horizon Ridge Medical & Corporate Center, LLC |
| 12/02/2013 | 328 | Appellee Designation of Record. Appeal Reference #13-38 BAP #NV-13-1533 [Appellee's Designation of Additional Items for the Record on Appeal] Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank national Association, as Trustee (Related document(s) 326 Designation of Record filed by Debtor Horizon Ridge Medical & Corporate |
| 12/04/2013 | 332 | Monthly Operating Report for Filing Period Ending 9/30/2013 Filed by Talitha Gray Kozlowski on behalf of Horizon Ridge Medical & Corporate Center, LLC |
| 12/06/2013 | 334 | Transcript regarding Hearing Held on 09/16/2013 P.M. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Cline Transcription Services, Inc., Telephone number (702) 644-1123. Purchasing Party: Vicky DiMaio Gordon Solver. Redaction Request Due By 12/27/2013. Redacted Transcript Submission Due by 01/6/2014. Transcript access will be restricted through 03/6/2014. |

| Date Filed | Docket No. | Description |
|---|---|---|
| 12/06/2013 | 335 | Transcript regarding Hearing Held on 09/17/2013 A.M. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Cline Transcription Services, Inc., Telephone number (702) 644-1123. Purchasing Party: Vicky DiMaio Gordon Solver. Redaction Request Due By 12/27/2013. Redacted Transcript Submission Due by 01/6/2014. Transcript access will be restricted through 03/6/2014. |
| 12/06/2013 | 336 | Transcript regarding Hearing Held on 09/17/2013 P.M. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Cline Transcription Services, Inc., Telephone number (702) 644-1123. Purchasing Party: Vicky DiMaio Gordon Solver. Redaction Request Due By 12/27/2013. Redacted Transcript Submission Due by 01/6/2014. Transcript access will be restricted through 03/6/2014. |
| 12/06/2013 | 337 | Transcript regarding Hearing Held on 09/16/2013 P.M. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Cline Transcription Services, Inc., Telephone number (702) 644-1123. Purchasing Party: Vicky DiMaio Gordon Solver. Redaction Request Due By 12/27/2013. Redacted Transcript Submission Due by 01/6/2014. Transcript access will be restricted through 03/6/2014. |
| 01/06/2014 | 368 | Receipt of Filing Fee for Motion to Sell Free and Clear of Liens Under Section 363(f) (12-13906-btb) [motion:msellfcl] (176). Receipt number 14776958, fee amount $176.00 (re: Doc#367) |
| 01/13/2014 | 376 | Supplemental Appellant Designation of Record. Appeal Reference #13-38 BAP # NV -13-1533 Filed by Talitha Gray Kozlowski on behalf of Horizon Ridge Medical & Corporate Center, LLC (Related document(s) 326 Designation of Record filed by Debtor Horizon Ridge Medical & Corporate Center, LLC |
| 01/14/2014 | 377 | Monthly Operating Report For Filing Period Ending 10/31/2013 Filed by Talitha Gray Kozlowski on behalf of Horizon Ridge Medical & Corporate Center, LLC |
| 01/16/2014 | 382 | Notice of Referral of Appeal to BAP. Appeal Reference #14-09 (Related document(s) 379 Notice of Appeal filed by Debtor Horizon Ridge Medical & Corporate Center, LLC |
| 01/16/2014 | 383 | Transmittal Form (BAP). Appeal Reference #14-09 (Related document(s) 379 Notice of Appeal filed by Debtor Horizon Ridge Medical & Corporate Center, LLC |
| 01/16/2014 | 384 | Appeal Memorandum. Appeal Reference #14-09 (Related document(s) 379 Notice of Appeal filed by Debtor Horizon Ridge Medical & Corporate Center, LLC |

| Date Filed | Docket No. | Description |
|---|---|---|
| 01/16/2014 | 385 | Clerk Forwarded Appeal Documents to BNC for Noticing to: BAP (Related document(s) 379 Notice of Appeal filed by Debtor Horizon Ridge Medical & Corporate Center, LLC |
| 01/16/2014 | 386 | Certificate of Service Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 365 Motion to Allow Claims or Interests filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee, 367 Motion to Sell Free and Clear of Liens Under Section 363(f) filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee |
| 01/16/2014 | 387 | Certificate of Service filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 374 Notice of Hearing filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee |
| 01/17/2014 | 388 | BAP Appeal Court Case # NV-14-1026 Appeal Reference #14-09 (Related document(s) 379 Notice of Appeal filed by Debtor Horizon Ridge Medical & Corporate Center, LLC |
| 01/21/2014 | 389 | Monthly Operating Report For Filing Period Ending 11/30/2013 Filed by Talitha Gray Kozlowski on behalf of Horizon Ridge Medical & Corporate Center, LLC |
| 01/28/2014 | 402 | Appellant Designation of Record. Appeal Reference #14-09 BAP # NV-14-1026 Filed by Talitha Gray Kozlowski on behalf of Horizon Ridge Medical & Corporate Center, LLC (Related document(s) 379 Notice of Appeal filed by Debtor Horizon Ridge Medical & Corporate Center, LLC |
| 01/28/2014 | 403 | Appellant Statement of Issues. Appeal Refernce # 14-09 BAP # NV-14-1026 Filed by Talitha Gray Kozlowski on behalf of Horizon Ridge Medical & Corporate Center, LLC (Related document(s) 379 Notice of Appeal filed by Debtor Horizon Ridge Medical & Corporate Center, LLC |
| 01/29/2014 | 406 | Second Declaration Of: of Dr. Rick Abelson in Support of the Motion to Amend or Vacate Orders and to Reopen Evidence Pursuant to Fed. Bankr. P. 9023 and 9024 Filed by Talitha Gray Kozlowski on behalf of Horizon Ridge Medical & Corporate, LLC (Related document(s) 360 Motion to Amend filed by Debtor Horizon Ridge Medical & Corporate Center, LLC, Motion to Vacate, Motion to Reconsider) |

| Date Filed | Docket No. | Description |
|---|---|---|
| 01/31/2014 | 408 | Supplemental Appellee Designation of Record. Appeal Reference #13-38 BAP # 13-1533 Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 328 Designation of Record filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee |
| 01/31/2014 | 410 | Reply Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor By Merger to LaSalle Bank National Association, as Trustee (Related document(s) 367 Motion to Sell Free and Clear of Liens Under Section 363(f)) filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee |
| 01/31/2014 | 411 | Declaration of Rosanne Ciambrone Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 367 Motion to Sell Free and Clear of Liens Under Section 363(f)) filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee) |
| 01/31/2014 | 412 | Declaration of Danielle Steffen Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 367 Motion to Sell Free and Clear of Liens Under Section 363(f)) filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee) |
| 01/31/2014 | 413 | Certificate of Service with Certificate of Service Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 412 Declaration filed by Interested Party Ban of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee |
| 01/31/2014 | 414 | Certificate of Service with Certificate of Service Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 411 Declaration filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee |
| 01/31/2014 | 415 | Certificate of Service with Certificate of Service Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 410 Reply Filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee |

| Date Filed | Docket No. | Description |
|---|---|---|
| 01/31/2014 | 416 | Reply to Bank of America, N.A., as Trustee's Response to Debtor's Motion to Amend or Vacate Orders and to Reopen Evidence Pursuant to Fed. R. Bankr. P. 9023 and 9024 Filed by Talitha Gray Kozlowski on behalf of Horizon Ridge Medical & Corporate Center, LLC (Related document(s) 360 Motion to Amend filed by Debtor Horizon Ridge Medical & Corporate Center, LLC, Motion to Vacate, Motion to Reconsider.) |
| 01/31/2014 | 417 | Request for Judicial Notice in Support of the Reply to Bank of America, N.A., as Trustee's Response to Debtor's Motion to Amend or Vacate Orders and to Reopen Evidence Pursuant to Fed. R. Bankr. P. 9023 and 9024 Filed by Talitha Gray Kozlowski on behalf of Horizon Ridge Medical & Corporate Center, LLC |
| 01/31/2014 | 418 | Reply Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 390 Opposition filed by Debtor Horizon Ridge Medical & Corporate Center, LLC, 398 Opposition filed by Debtor Horizon Ridge Medical & Corporate Center, LLC |
| 02/03/2014 | 419 | Certificate of Readiness Forwarded to: BAP. Appeal Reference #14-09, BAP #NV-14-1026 (Related document(s) 379 Notice of Appeal filed by Debtor Horizon Ridge Medical & Corporate Center, LLC |
| 02/04/2014 | 420 | Certificate of Service Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 392 Response filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee |
| 02/04/2014 | 421 | Certificate of Service Filed by John Robert Weiss on behalf of Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee (Related document(s) 418 Reply filed by Interested Party Bank of America, N.A. as Successor by Merger to LaSalle Bank National Association, as Trustee |

B.  **Additional Exhibit Designations**

The following additional designations are exhibits that were offered into evidence at the September 16, 2013 evidentiary hearing and ruling on the Plan of Liquidation for Debtor Horizon Ridge Medical & Corporate Center, L.L.C. by Creditor Bank of America, N.A. as Trustee. The additional designated exhibit was included in the Stipulation as to Admissibility of Exhibits [Docket No. 301], which was designated in the Appellant's Designation of Items for the Record on Appeal:

| Exhibit No. | Description |
|---|---|
| 57 | Monthly Operating Reports |

DATED: February 11, 2014            DUANE MORRIS LLP

By:/s/ John Robert Weiss
John Robert Weiss

Attorneys for Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2003-C1, acting by and through CWCapital Asset Management LLC, Special Servicer