# EXHIBIT 1

# EXHIBIT 1

GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail:  ggordon@gordonsilver.com
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail:  tgray@gordonsilver.com
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| In re:<br><br>HORIZON RIDGE MEDICAL & CORPORATE CENTER, L.L.C.,<br><br>Debtor. | Case No.: BK-S-12-13906-BTB<br>Chapter 11<br><br>Date:  N/A<br>Time:  N/A |
|---|---|

**EX PARTE ORDER AUTHORIZING FILING OF APPRAISAL CONTAINING PROPRIETARY INFORMATION UNDER SEAL PURSUANT TO 11 U.S.C. § 107(b)(1), FED. R. BANKR. P. 9018, AND LOCAL RULE 9018**

Horizon Ridge Medical & Corporate Center, L.L.C., debtor and debtor-in-possession ("Debtor"), submitted its *Ex Parte Application for Order Authorizing Filing of Appraisal Containing Proprietary Information Under Seal Pursuant to 11 U.S.C. § 107(b)(1), Fed. R. Bankr. P. 9018, and Local Rule 9019* (the "Application").[1]  It appearing that the requested relief

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Application.

103876-001/2180025

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

1  is appropriate and no further notice need be given, and after due deliberation and sufficient cause

2  appearing therefore, **IT IS HEREBY ORDERED**:

3    1.    The Application is GRANTED as set forth herein; and

4    2.    Debtor is authorized to file the Appraisal under seal in connection with the Harper

5  Declaration.

6    **IT IS SO ORDERED**.

7  PREPARED AND SUBMITTED:

8  GORDON SILVER

By:    */s/ Teresa Pilatowicz*
         GERALD M. GORDON, ESQ.
         TALITHA GRAY KOZLOWSKI, ESQ.
         TERESA M. PILATOWICZ, ESQ.
         3960 Howard Hughes Parkway, 9th Floor
         Las Vegas, Nevada 89169
         Attorneys for Debtor

**Gordon Silver**
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/2180025

2