GORDON SILVER
GERALD M. GORDON, ESQ., NV Bar No. 229
E-mail: ggordon@gordonsilver.com
TALITHA GRAY KOZLOWSKI, ESQ., NV Bar No. 9040
E-mail: tgray@gordonsilver.com
TERESA M. PILATOWICZ, ESQ., NV Bar No. 9065
E-mail: tpilatowicz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555; Facsimile (702) 369-2666
*Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re: | Case No.: BK-S-12-13906-BTB |
|---|---|
| HORIZON RIDGE MEDICAL & CORPORATE CENTER, L.L.C., | Chapter 11 |
| Debtor. | Date:  N/A<br>Time:  N/A |

**ATTORNEY INFORMATION SHEET IN SUPPORT
OF ORDER SHORTENING TIME TO HEAR DEBTOR'S MOTION FOR STAY
PENDING APPEAL OF THE ORDER CONFIRMING LENDER'S LIQUIDATION
PLAN**

As required by the Court, Teresa M. Pilatowicz, Esq. of Gordon Silver, counsel for Horizon Ridge Medical & Corporate Center, L.L.C., has contacted the parties listed below regarding the proposed order shortening time. They agree and disagree to the time being shortened, as indicated below:

| **Name** | **Date Contacted** | **Agree** | **Disagree** |
|---|---|---|---|
| John Weiss, Esq.<br>Duane Morris<br>*Counsel for Lender* | March 7 and 10, 2014<br>Via e-mail and telephone | X | (*Lender has requested a hearing in mid-April. Debtor believes that, based on the information set forth in the Ex Parte Application, a hearing is required prior to mid-April and requests a hearing as soon as this Court's calendar will permit*). |

/ / /

/ / /

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/5059430_2.doc

DATED this 10th day of March, 2014.

                    GORDON SILVER

                    By:  */s/ Talitha Gray Kozlowski*
                        GERALD M. GORDON, ESQ.
                        TALITHA GRAY KOZLOWSKI, ESQ.
                        TERESA M. PILATOWICZ, ESQ.
                        3960 Howard Hughes Pkwy., 9th Floor
                        Las Vegas, Nevada 89169
                        Attorneys for Debtor

**Gordon Silver**
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/5059430_2.doc

2