_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge



Entered on Docket
March 11, 2014
_____

GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail:  ggordon@gordonsilver.com
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail:  tgray@gordonsilver.com
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| In re: | Case No.: BK-S-12-13906-BTB |
|---|---|
| HORIZON RIDGE MEDICAL & CORPORATE CENTER, L.L.C., | Chapter 11 |
| Debtor. | Date:  N/A<br>Time:  N/A |

**EX PARTE ORDER AUTHORIZING FILING OF APPRAISAL CONTAINING PROPRIETARY INFORMATION UNDER SEAL PURSUANT TO 11 U.S.C. § 107(b)(1), FED. R. BANKR. P. 9018, AND LOCAL RULE 9018**

Horizon Ridge Medical & Corporate Center, L.L.C., debtor and debtor-in-possession ("Debtor"), submitted its *Ex Parte Application for Order Authorizing Filing of Appraisal Containing Proprietary Information Under Seal Pursuant to 11 U.S.C. § 107(b)(1), Fed. R. Bankr. P. 9018, and Local Rule 9019* (the "Application").[1]  It appearing that the requested relief

---
[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Application.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/2180025

1   is appropriate and no further notice need be given, and after due deliberation and sufficient cause

2   appearing therefore, **IT IS HEREBY ORDERED**:

3   1.  The Application is GRANTED as set forth herein; and

4   2.  Debtor is authorized to file the Appraisal under seal in connection with the Harper

5   Declaration.

6   **IT IS SO ORDERED**.

7   PREPARED AND SUBMITTED:

8   GORDON SILVER

By:  */s/ Teresa Pilatowicz*
     GERALD M. GORDON, ESQ.
     TALITHA GRAY KOZLOWSKI, ESQ.
     TERESA M. PILATOWICZ, ESQ.
     3960 Howard Hughes Parkway, 9th Floor
     Las Vegas, Nevada 89169
     Attorneys for Debtor

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/2180025

2