_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
March 12, 2014

GORDON SILVER
GERALD M. GORDON, ESQ., NV Bar No. 229
E-mail: ggordon@gordonsilver.com
TALITHA GRAY KOZLOWSKI, ESQ., NV Bar No. 9040
E-mail: tgray@gordonsilver.com
TERESA M. PILATOWICZ, ESQ., NV Bar No. 9065
E-mail: tpilatowicz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555; Facsimile (702) 369-2666
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| In re: | Case No.: BK-S-12-13906-BTB |
|---|---|
| HORIZON RIDGE MEDICAL & CORPORATE CENTER, L.L.C., | Chapter 11 |
| Debtor. | Date: March 21, 2014<br>Time: 1:30 p.m. |

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR DEBTOR'S MOTION FOR STAY PENDING APPEAL OF THE ORDER CONFIRMING LENDER'S LIQUIDATION PLAN**

This Court having considered Debtor's *Ex Parte Application for Order Shortening Time to Hear Debtor's Motion for Stay Pending Appeal of the Order Confirming Lender's Liquidation Plan*, and good cause appearing therefore,

**IT IS HEREBY ORDERED** and notice is hereby given that the *Motion for Stay Pending Appeal of the Order Confirming Lender's Liquidation Plan* (the "Motion") will be heard by a United States Bankruptcy Judge on the 21st day of March, 2014, at ~~1:30 p.m.~~ :

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/5059428_2.doc

Copies of the Motion are on file with the clerk of the United States Bankruptcy Court for the District of Nevada. Copies may also be obtained by contacting Talitha Gray Kozlowski, Esq. of the law firm of Gordon Silver, whose contact information is identified above.

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be served within __1__ days of entry; that any oppositions to the Motion must be filed and served by ____March 17, 2014____; that replies to any oppositions filed must be filed and served by ____March 19, 2014____; and that this hearing may be continued from time-to-time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

GORDON SILVER

By:  _/s/ Talitha Gray Kozlowski_
    GERALD M. GORDON, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    TERESA M. PILATOWICZ, ESQ.
    3960 Howard Hughes Pkwy., 9th Floor
    Las Vegas, Nevada 89169
    *Attorneys for Debtor*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/5059428_2.doc

2