# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number** 12–13906–btb
**Chapter 11**
**Appeal Reference Number** 14–19
**BAP Number**

In re:
    HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC
        Debtor(s)

HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC
        Appellant(s)

vs

BANK OF AMERICA, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass−Through Certificates, Series 2003−C1, acting by and through CWCapital Asset Management, LLC, as Special Servicer
        Appellee(s)

## NOTICE OF REFERRAL OF APPEAL
## TO BANKRUPTCY APPELLATE PANEL

TO:   ALL PARTIES IN APPEAL
       U.S. TRUSTEE

,

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed by HORIZON RIDGE MEDICAL & CORPORAQTE CTR. with the Clerk of the Bankruptcy Court on 03/13/2014. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. Bankruptcy Appellate Panels of the Ninth Circuit (BAP).

Any party desiring to object to such referral must do so in conformity with the foregoing orders and their provisions for reference to Bankruptcy Appellate Panel, a copy thereof being attached.

For further information, you may contact the Clerk of the Bankruptcy Appellate Panel at 125 South Grand Avenue, Pasadena, CA 91105, or phone (626)229−7225.

Dated: 3/14/14                                         BY THE COURT

                                                                   Mary A. Schott

Clerk of the Bankruptcy Court

Parties Electronically Noticed: BANKRUPTCY APPELLATE PANEL