

Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**May 01, 2014**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC,

Debtor.

Bankruptcy No.: BK-S-12-13906-btb

Chapter 11

Date of Hearing: March 21, 2014

**ORDER DENYING EMERGENCY MOTION FOR STAY PENDING APPEAL OF THE ORDER CONFIRMING LENDER'S LIQUIDATION PLAN**

For the reasons stated in open court on March 21, 2014, the *Emergency Motion for Stay Pending Appeal of the Order Confirming Lender's Liquidation Plan* [ECF No. 452] is **DENIED**.

DM3\2858732.2

| | |
|---|---|
| 1 | PREPARED AND SUBMITTED: |
| 2 | DUANE MORRIS LLP |
| 3 | By: /s/ John Robert Weiss |
| |     John Robert Weiss |
| 4 | |
| 5 | Attorneys for Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2003-C1, acting by and through CWCapital Asset Management LLC, Special Servicer |

## CERTIFICATION OF COUNSEL PURSUANT TO LR 9021(c)

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

☐   The court has waived the requirement of approval under LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐   I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

**APPROVED:**

Counsel appearing:

APPROVED:
GORDON SILVER

By:/s/ Teresa M. Pilatowicz
Teresa M. Pilatowicz, Esq. NV Bar No. 9065

3960 Howard Hughes Pkyw., 9th Floor
Las Vegas, Nevada 89169
Attorneys for Debtor

DM3\2858732.2      2