

Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**May 01, 2014**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC,

Debtor.

Bankruptcy No.: BK-S-12-13906-btb

Chapter 11

Date of Hearing: April 16, 2014

**ORDER DENYING EMERGENCY MOTION SEEKING
A STAY PENDING APPEAL OF THE ORDER (A) APPROVING
SALE PROCEDURES; (B) APPROVING RETENTION OF BROKER;
AND (C) SETTING A SALE HEARING DATE**

For the reasons stated in open court on April 16, 2014, the *Emergency Motion Seeking a Stay Pending Appeal of the Order (A) Approving Sale Procedures; (B) Approving Retention of Broker; and (C) Setting a Sale Hearing Date* [ECF No. 506] is **DENIED**.

DM3\2890615.1

PREPARED AND SUBMITTED:

DUANE MORRIS LLP

By: /s/ John Robert Weiss
    John Robert Weiss

Attorneys for Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2003-C1, acting by and through CWCapital Asset Management LLC, Special Servicer

## CERTIFICATION OF COUNSEL PURSUANT TO LR 9021(c)

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

☐    The court has waived the requirement of approval under LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐    I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

**APPROVED:**

Counsel appearing:

APPROVED:
GORDON SILVER

By:/s/ Teresa M. Pilatowicz
Teresa M. Pilatowicz, Esq. NV Bar No. 9065

3960 Howard Hughes Pkyw., 9th Floor
Las Vegas, Nevada 89169
Attorneys for Debtor