DOMINICA C. ANDERSON (SBN 2988)
**DUANE MORRIS LLP**
100 North City Parkway, Ste. 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: dcanderson@duanemorris.com

JOHN ROBERT WEISS *(Pro Hac Vice)*
**DUANE MORRIS LLP**
190 South LaSalle Street, Suite 3700
Chicago, IL 60603
Telephone: 312.499.6700
Facsimile: 312.499.6701
E-Mail: jrweiss@duanemorris.com

Attorneys for Creditor Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2003-C1, acting by and through CWCapital Asset Management LLC, Special Servicer, in its capacity as Plan Administrator

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>HORIZON RIDGE MEDICAL & CORPORATE CENTER, LLC,<br><br>Debtor. | Bankruptcy No.: BK-S-12-13906-btb<br><br>Chapter 11<br><br>Hearing Date: May 27, 2014<br>Hearing Time: 1:30 p.m. |

### **REPORT OF SALE**

Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2003-C1, acting by and through CWCapital Asset Management LLC, Special Servicer, in its capacity as Plan Administrator (the "*Plan Administrator*"), by and through its undersigned counsel, hereby submits this Report of Sale, and respectfully states as follows:

On March 5, 2014, this Court entered its Order (A) Approving Sale Procedures, (B)

Approving Retention of the Broker, and (C) Setting a Sale Hearing Date [Docket 433] (as refiled on March 7, 2014 at Docket No. 444 with certain dates included, the "*Sale Procedures Order*").

Pursuant to the Sale Procedures Order, an auction (the "*Auction*") was set for May 14, 2014 for the property of Horizon Ridge Medical & Corporate Center, LLC (the "*Debtor*") and its bankruptcy estate (collectively, the "*Assets*").

Pursuant to the Sale Procedures Order, on May 7, 2014, the Plan Administrator served a copy of the Sale Procedures Order and all of its exhibits (including the Sale Procedures, the Notice of Auction and Sale Hearing, and the Retention Agreement) on those certain entities that the Sale Procedures Order required be served.  *See* Certificate of Service at Docket No. 462 and attached hereto as Exhibit A.

Pursuant to the Sale Procedures Order, this Court authorized the retention of Commerce Real Estate Solutions (the "*Broker*") to act as broker for the sale of the Assets.  The brokerage and other marketing services performed by the Broker are set forth in the Declaration of Danielle Steffen in Support of this Report attached hereto as Exhibit B.

On May 14, 2014, at approximately 10:00 a.m., the Plan Administrator began the Auction at the offices of Duane Morris LLP, 100 North City Parkway, Suite 1560, Las Vegas, Nevada.  The following three bidders attended the Auction and engaged in active bidding: Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2003-C1, acting by and through CWCapital Asset Management LLC, Special Servicer (the "*Lender*"), Gateway Medical & Corporate Center LLC (an entity formed by Rick Abelson, a principal of the Debtor), and Dr. Russell Shah.  The highest bid at the Auction was the Lender's credit bid of $4,420,000.[1]  The transcript of the Auction is attached hereto as Exhibit C.

On May 14, 2014, after the conclusion of the Auction, the Plan Administrator filed and served its Notice of Assumption and Assignment or Rejection of Executory Contracts and Unexpired

---

[1] The Back-Up Bidder (as that term is defined in the Sale Procedures attached as Exhibit A to the Sale Procedures Order) at the Auction was Dr. Russell Shah with his bid of $4,410,000.  However, as the Lender intends to close the sale, it is not anticipated that access to the Back-Up Bidder will be needed.

Leases [Docket No. 560], a copy of which is attached hereto as Exhibit D, proposing to assume all unexpired leases and the executory contract of MDL Group.

The Plan Administrator has fulfilled all of its obligations under the Sale Procedures Order, the Broker has actively and successful marketed the Assets and advertised the Auction, and the Lender has submitted the highest bid for the Assets.

**WHEREFORE**, the Plan Administrator requests that this Court (i) approve the sale of the Assets to the Lender and grant related relief by entering an order substantially in the form of the proposed order attached hereto as Exhibit E hereto, (ii) authorize the Plan Administrator to deliver a deed to the Lender substantially in the form of Exhibit F hereto, (iii) authorize the Plan Administrator to deliver a bill of sale to the Lender substantially in the form of Exhibit G hereto, and (iii) grant such other and further relief as the Court deems appropriate.

DATED: May 22, 2014                    DUANE MORRIS LLP

                                                By:  /s/ John Robert Weiss
                                                     John Robert Weiss

**Attorneys for Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2003-C1, acting by and through CWCapital Asset Management LLC, Special Servicer, in its capacity as Plan Administrator**

DM3\2906397.1