GORDON SILVER
GERALD M. GORDON, ESQ., NV Bar No. 229
E-mail:  ggordon@gordonsilver.com
TALITHA GRAY KOZLOWSKI, ESQ., NV Bar No. 9040
E-mail:  tgray@gordonsilver.com
TERESA M. PILATOWICZ, ESQ., NV Bar No. 9065
E-mail:  tpilatowicz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
*Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-12-13906-BTB |
| | Chapter 11 |
| HORIZON RIDGE MEDICAL & CORPORATE CENTER, L.L.C., | |
| Debtor. | Date:  May 27, 2014 |
| | Time:  1:30 p.m. |

### DECLARATION OF ROBEY TUATE IN SUPPORT OF DEBTOR'S OPPOSITION TO SALE OF DEBTOR'S ASSETS

I, Robey Tuate, hereby declare as follows:

1.    I am over the age of 18 and am mentally competent.  I am the managing member of Madame-Et-Monsieur L.L.C. ("MEM") and in such capacity, I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so.  I make this declaration in support of *Debtor's Opposition to Sale of Debtor's Assets* (the "Opposition").[1]

2.    MEM and Horizon Ridge Medical and Corporate Center ("Debtor") entered into a lease effective August 1, 2007 for Suite 103, being 2,964 sq. ft. rentable, with an expiration date of October 31, 2015 (the "Lease").

3.    MEM received the *Notice of Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases* [ECF No. 560] (the "Notice") filed by Bank of America, N.A., successor by merger to LaSalle Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Opposition.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/Madame_Et_Monsieur_Declaration

Through Certificates, Series 2003-C1 (the "<u>Lender</u>"), which stated that Lender was the successful bidder at the auction and that MEM's Lease will be will be assumed and assigned to Lender.

4.      MEM is concerned that Lender has not disclosed whether it intends to maintain and operate the Horizon Ridge Medical and Corporate Center (the "<u>Center</u>") or to market and resell the Center to a presently unknown purchaser (the "<u>Subsequent Purchaser</u>").    The uncertainty of the future owner and the substantial possibility of a disruption in future business operations is of particular concern.

5.      Additionally, no evidence has been presented to MEM that Lender or the Subsequent Purchaser has the ability and willingness to perform in accordance with the terms of the Lease or that Lender or the Subsequent Purchaser has or will retain on-site management, in addition to the MDL Group, to provide the managerial services previously provided by Debtor's owners.  As such, MEM is concerned that if the sale to Lender is effectuated, the Center will not be maintained in the same high quality and condition experienced and relied upon in executing the Lease.

6.      Further, no evidence has been presented to MEM that Lender or the Subsequent Purchaser has the financial and professional resources and willingness to provide without delay the obligations of the landlord under the Lease, thereby placing MEM's Lease and interests at risk.   Accordingly, MEM does not support approval of the sale to Lender or the assumption and assignment of the Lease to Lender.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this _____ day of May, 2014.

_____
Robey Tuate

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/Madame_Et_Monsieur_Declaration

2