GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gordonsilver.com
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowic@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| In re:<br><br>HORIZON RIDGE MEDICAL & CORPORATE CENTER, L.L.C.,<br><br>Debtor. | Case No.: BK-S-12-13906-BTB<br>Chapter 11<br><br>Previous Hearing:<br>Date: June 23, 2014<br>Time: 1:30 p.m.<br><br>Continued Hearing:<br>Date: July 8, 2014<br>Time: 1:30 p.m. |
|---|---|

**NOTICE OF CONTINUED HEARING ON SECOND INTERIM FEE APPLICATION OF GORDON SILVER, AS GENERAL BANKRUPTCY COUNSEL FOR DEBTOR, FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**NOTICE IS HEREBY GIVEN** that the hearing to consider the *Second Interim Fee Application of Gordon Silver, as Attorneys for Debtor, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* and the *Supplement to Second Interim Fee Application of Gordon Silver, as Attorneys for Debtor, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* (collectively, the "Fee Application"), previously scheduled for June 23, 2014, at 1:30 p.m., has been continued to **July 8, 2014, at 1:30 p.m.**, at the United States Bankruptcy Court for the District of Nevada, the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101. The

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/2318791.doc

1  Fee Application seeks the allowance and payment of fees and costs incurred by Gordon Silver in
2  the above-captioned bankruptcy case from February 1, 2013 through March 31, 2014, in the
3  amount of $316,312.00 in fees, $9,530.25 in costs, for a total of $325,842.25.

4  Copies of the Fee Application are available by contacting Debtor's counsel at the address,
5  telephone number, or e-mail addresses set forth above, through the Bankruptcy Court's
6  electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov (account required), or at the
7  Bankruptcy Court's Clerk's Office located at the Foley Federal Building, 300 Las Vegas Blvd.,
8  South, Las Vegas, Nevada, 89101.

9  **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief
10  sought in the Fee Application, or if you want the court to consider your views on the Fee
11  Application, then you must file an opposition with the court, and serve a copy on the person
12  making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an
13  exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth
14  all relevant facts and legal authority, and be supported by affidavits or declarations that conform
15  to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> - The court may *rule against you* without formally calling the matter at the hearing.

23  . . .
24  . . .
25  . . .
26  . . .
27  . . .
28  . . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/2318791.doc

2

1     **NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Bankruptcy Courtroom No. 4, Las Vegas, Nevada 89101, on July 8, 2014, at 1:30 p.m.

DATED this 6th day of June, 2014.

                                          GORDON SILVER

By: */s/ Talitha Gray Kozlowski*
     GERALD M. GORDON, ESQ.
     TALITHA GRAY KOZLOWSKI, ESQ.
     TERESA M. PILATOWICZ, ESQ.
     3960 Howard Hughes Pkwy., 9th Floor
     Las Vegas, Nevada 89169
     Attorneys for Debtor

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103876-001/2318791.doc

3